UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROOSEVELT LASHAWN WILLIAMS (ESTATE); ROOSEVELT-LASHAWN OF THE WILLIAMS FAMILY (TRUSTEE/EXECUTOR), <br><br> Plaintiffs, <br> v. <br><br> FACEBOOK META, DAVID CRASH PARTAIN/CITIZEN TO POLICE CALHOUN CO., GOOGLE CORPORATION, and CITY-DATA.COM, <br> Defendants. | Civil Action No. <br><br> On Removal from the 37th Judicial Circuit Court of Calhoun County, Case No. 26-1502 |

NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Meta Platforms, Inc. ("Meta"), with the consent of Defendant Google LLC,[1] without waiving or relinquishing any defenses it may have, files this Notice of Removal, and hereby removes the civil action pending in the 37th Judicial Circuit Court of Calhoun County, Case No. 26-1502 (the "Superior Court Action") to the United States District Court for the Western District of Michigan, which is the federal district court embracing the place in which the Superior Court Action is pending. 28 U.S.C. § 102. In support, Meta states the following:

STATEMENT OF THE CASE

1. On or about June 23, 2026, Roosevelt Lashawn Williams (Estate) and Roosevelt-Lashawn of the Williams Family (Trustee/Executor) ("Plaintiff") filed a Complaint ("Compl.") against

---

[1] In consenting to removal, Google LLC (which is incorrectly named as "Google Corporation") reserves and does not waive any and all defenses it could either raise in this Court, or in the 37th Judicial Circuit Court of Calhoun County in the event of a remand.

1

"Facebook Meta," David Crash Partain/Citizen to Police Calhoun Co., Google Corporation, and City-Data.com in the 37th Judicial Circuit Court of Calhoun County. On or about June 23, 2026, a Summons was issued for Meta.

2.   The Summons with Complaint was delivered via certified mail to legal representatives of Meta on June 30, 2026 and to Google LLC on July 1, 2026. A copy of the process and pleadings, including complaint, served on Meta is attached hereto as Exhibit ("Exh.") 1. Google LLC's consent to removal is attached hereto as Exhibit 2.

3.   Because David Crash Partain/Citizen to Police Calhoun Co. and City-Data.com have not been served at the time of this filing, their consent is unnecessary for removal. *See* 28 U.S.C. § 1446(b)(2)(A) (requiring only the consent of defendants "who have been properly joined and served"); Plaintiff's Motion for Alternative Service & Order of Denial, Superior Court Event Nos. 7 & 8.

4.   No Defendant has entered an appearance in the Superior Court Action. No Defendant has answered or otherwise responded to the Complaint in the Superior Court Action.

5.   Defendants reserve all rights to raise any and all available defenses in this Court or in the 37th Judicial Circuit Court of Calhoun County in the event of a remand. *See, e.g., Hoffman v. Roberto*, 85 B.R. 417, 420 (W.D. Mich. 1988) (defendant did not waive jurisdictional defense by removing the case to federal court); *Ditkof v. Owens-Illinois, Inc.*, 114 F.R.D. 104, 105 (E.D. Mich. 1987) ("Removal does not waive any defense."). By removing this action from the 37th Judicial Circuit Court of Calhoun County, Defendants do not admit any of the allegations in the Complaint.

## TIMELINESS OF REMOVAL

6.   Meta received the Complaint on June 30, 2026. This Notice of Removal is timely because it was filed within the time period permitted by the Federal Rules and 28 U.S.C. § 1446(b).

2

**JURISDICTION AND GROUNDS FOR REMOVAL**

7. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which provides for federal court jurisdiction over cases which "aris[e] under" federal law. "A claim arises under federal law, for purposes of federal-question jurisdiction, when the cause of action is (1) created by a federal statute *or* (2) presents a substantial question of federal law." *Michigan v. Enbridge Energy, Ltd. P'ship*, 571 F. Supp. 3d 851, 856 (W.D. Mich. 2021) (quoting *Miller v. Bruenger*, 949 F.3d 986, 991 (6th Cir. 2020)) (quotation marks omitted; emphasis in original).

8. Federal question jurisdiction is governed by the "well-pleaded complaint" rule, which provides that federal jurisdiction exists only when a federal question is present "on the face" of the complaint. *Michigan*, 571 F. Supp. 3d at 856 (quotation marks and citations omitted). The question of federal law must not be "merely incidental" to the main controversy. *In re Stuart*, 143 F. Supp. 772, 774 (W.D. Mich. 1956). Further, "if any one of the plaintiff's claims depends on the application of federal law, the entire case may be removed." *Nessel on behalf of People of Michigan v. Enbridge Energy, LP*, 104 F.4th 958, 965 (6th Cir. 2024), *cert. granted sub nom. Enbridge Energy, LP v. Nessel*, 145 S. Ct. 2843, 222 L. Ed. 2d 1128 (2025), *and aff'd sub nom. Enbridge Energy, LP v. Nessel on behalf of Michigan*, 146 S. Ct. 1074 (2026).

9. The core of Plaintiff's case against Meta and the other Defendants is alleged violations of his federal constitutional rights to privacy and intellectual property protections under federal law. Plaintiff alleges causes of action based on the U.S. Constitution, including Article I and the First, Third, Fourth, Fifth, Ninth, and Fourteenth Amendments. *See* Exh. 1 (Compl.) at pp. 7, 19, 21, 22, 26, 28, 30, 31. Plaintiff also relies on the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.* (Exh. 1

at p. 12) and asserts various rights and protections with respect to his alleged intellectual property under the Lanham Act, 15 U.S.C. §§ 1051 *et seq*. Exh. 1 at pp. 19-21.

10. Further, this case raises the same claims as Plaintiff's prior action filed in this District, *Roosevelt Lashawn Williams v. Google, Inc., Facebook Meta, David Crash Partain, City-Data.com*, W.D. Mich. # 1:26-cv-00956-PLM-SJB. This District exercised federal subject matter jurisdiction over Plaintiff's prior action and dismissed it with prejudice for failure to state a claim under Fed. R. Civ. P. 12(b)(6). *Williams v. Google, Inc., et al.*, 2026 WL 1684783 (W.D. Mich. May 18, 2026), *adopted* 2026 WL 1683759 (W.D. Mich. June 10, 2026).

11. The Complaint therefore establishes federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiff alleges a cause of action under the U.S. Constitution and multiple federal statutes, and the Superior Court Action is removable pursuant to 28 U.S.C. § 1441(a) and (b).

## VENUE

12. "[A]ny civil action brought in a State court of which the district courts of the United States have jurisdiction, may be removed by the . . . defendants, to the district court for the district and division embracing the place where such action is pending." 28 U.S.C. 1441(a); *see also id.* § 1453(b).

13. Removal to the U.S. District Court for the Western District of Michigan is appropriate because the Superior Court Action was commenced and is pending in the 37th Judicial Circuit Court of Calhoun County, which lies within this federal judicial district. 28 U.S.C. § 102.

## PROCEDURAL REQUIREMENTS

14. This Notice of Removal is signed by counsel for Meta pursuant to Federal Rule of Civil Procedure 11. *See* 28 U.S.C. § 1446(a).

4

15. Contemporaneously with the filing of this Notice of Removal in this Court, written notice of such filing is being served upon Plaintiff. In addition, a copy of the Notice of Removal will be filed with the Clerk of the 37th Judicial Circuit Court of Calhoun County, in which the Superior Court Action is pending. 28 U.S.C. § 1446(d). A copy of the Notice of the Filing of the Notice of Removal is attached hereto as Exhibit 3.

16. Defendants have not attempted to litigate this case in the 37th Judicial Circuit Court of Calhoun County or taken any action that could be construed as a waiver of their rights of removal.

## **<u>NOTICE OF REMOVAL</u>**

17. In compliance with 28 U.S.C. § 1446(a), attached hereto as Exhibit 1 is a copy of all process, pleadings, and motions served on or otherwise provided to Meta in the Superior Court Action to date, including the Complaint and Summons.

18. Along with this Notice of Removal, Meta has concurrently tendered the proper filing fee.

19. Meta reserves its right to amend or supplement this Notice of Removal. If any question arises as to the propriety of the removal of this action, Meta requests the opportunity to present further briefing, evidence, and/or oral argument in support of removal.

WHEREFORE, notice is given that Meta hereby removes this case from the 37th Judicial Circuit Court of Calhoun County to the United States District Court for the Western District of Michigan.

Dated: July 27, 2026                                  Respectfully submitted,

                                                      */s/ Logan T. Grizzell*
                                                      Logan T. Grizzell (P86246)
                                                      Scott A. Wolfson (P53194)
                                                      WOLFSON BOLTON KOCHIS
                                                      880 W. Long Lake Rd., Ste. 420
                                                      Troy, Michigan 48098
                                                      lgrizzell@wolfsonbolton.com
                                                      swolfson@wolfsonbolton.com
                                                      Tel.: (248) 247-7103

                                                      *Counsel for Defendant Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 27, 2026, I caused a true and correct copy of the foregoing to

be served by ECF, certified U.S. mail, and email on Plaintiff at the below address:

Roosevelt Lashawn Williams (Estate)
Roosevelt-Lashawn of the Williams Family (Trustee/Executor)
c/o 84 Avenue C
Springfield, MI 49037
kingwilliams1124@gmail.com

> /s/ Logan T. Grizzell
> Logan T. Grizzell

# Exhibit 1

MEN OF LIGHT ORG
84 AVE C
BATTLE CREEK 49037



CPU



U.S. POSTAGE
$26.65
PRML   RDC 03
Orig: 49014
Dest: 94025
06/24/26
2000051660



Legal, Legal
MPK0001
95890710527044036 35088

6/30/2026 10:43:31 AM



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 4403 6350 88

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN | SUMMONS | CASE NUMBER |
|---|---|---|
| 37th **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>CALHOUN **COUNTY** | JOHN HALLACY | 26-1502 |

**Court address**
161 EAST MICHIGAN AVE, BATTLE CREEK MI 49014

**Court telephone number**
(269) 969-6518

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| ROOSEVELT LASHAWN WILLIAMS (ESTATE)<br>Roosevelt-Lashawn of the Williams Family<br>(Trustee/Executor)<br>c/o 84 AVENUE C<br>SPRINGFIELD, MI 49037 (Under Necessity) | v | FACEBOOK META/DAVID CRASH PARTIAN/CITIZEN TO<br>POLICE CALHOUN CO<br>1 HACKER WAY<br>MENLO PARK CA 94205<br>GOOGLE CORPORATION<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW CA 94043<br>CITY-DATA.COM<br>3 GRANT SQUARE #263<br>HINSDALE, IL 60521 |
| Plaintiff's attorney bar number, address, and telephone number | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☑ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.                     **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>6-23-26 | Expiration date*<br>9-22-26 | Court clerk |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01** (3/23) **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

**Summons** (3/23)                                              Case Number _26-1502 CZ_

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served    ☐ personally    ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____.
Attachments (if any)                            Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

*OFFICE OF COURT ADMINISTRATOR / FRIEND OF THE COURT*
# Thirty-Seventh Judicial Circuit of Michigan
## Calhoun County Probate Court

**Kristen L. Getting**
Circuit/Probate Court Administrator/FOC

**Honorable Sarah S. Lincoln**
Chief Judge 37th Circuit Court

**Honorable Michael L. Jaconette**
Chief Judge Probate Court

**Phillip C. Amsterburg**
Deputy Circuit Court Administrator

**Helen K. Miles**
Director of Friend of the Court Operations

**LeeAnn Hollister**
Probate Manager/Register

## CIVIL MEDIATION
03/18/2026

The 37th Judicial Circuit Court of Calhoun County is pleased to announce that mediation is now available. The judge assigned to your case believes that mediation is a valuable tool in resolving disputes, and you are invited to submit your case to mediation.

Mediation is a settlement process in which a trained mediator (an impartial person) helps people in conflict make practical, informed decisions to resolve issues before them. The mediator helps people examine their situation in terms of their interests and needs by asking questions, helping define issues and promoting open communication designed to assist in generating alternative proposals and solutions.

Our court has a list of approved individuals who serve as trained mediators. To be eligible to serve as a mediator, these individuals must meet certain education requirements and complete an approved training program that includes an internship of observing and being observed as a trained mediator. In addition, mediators must complete eight hours of advanced mediation training every two years to maintain eligibility.

Each approved mediator has been invited to provide the court with a brief biography which includes areas of practice and a fee schedule. A notebook containing submitted biographies is available in the ADR Clerk's office if you wish to review this information before selecting a mediator.

The court encourages you to consider the use of mediation as a means of resolving your dispute. Please review the attached information and be prepared to discuss the use of mediation with the judge assigned to your case at the first court scheduled hearing.

Thank you.

**NOTE: The plaintiff must serve the defendant with a copy of this information at the time the summons and complaint are served.**

Calhoun County Justice Center
161 E. Michigan Ave.
Battle Creek, MI 49014-4066
The Court is an affirmative-action, equal-opportunity employer.

## 37th Judicial Circuit Court - Calhoun County
## CIVIL MEDIATORS
**March 9, 2026**

All mediators on this list have completed the necessary educational and training requirements under Michigan Court Rule 2.411 and have been approved by the court to be appointed to conduct mediation sessions.

Please make all arrangements, including term and conditions, through the mediator you choose off this list.

| Name | Address | Phone | E-Mail | Rate |
|---|---|---|---|---|
| Kristin D. Arnett P64942 | 6005 W. St. Joseph Hwy, Ste 302 Lansing, MI 48917 | 517-816-4999 517-816-4998 | kris@arnettlawandmediation.com | $250/hour |
| Kathryn L. Bolinger P74558 | 125 E. Newark St. Ithaca, MI 48847 | 989-875-0163 989-875-0137 | kathryn@bolingerlaw.com | $75/party |
| Jose T. Brown P33926 | 503 S. Saginaw Street Flint, MI 48502 | 810-232-3141 810-232-1079 | jbrown@ccglawyers.com | $300/hour |
| Stacey B. Brown | 7097 Chianti Cir. Mattawan, MI 49071 | 269-744-0954 | staceybrown@lakesidemediationservices.com | $200/hour |
| Rebecca J. S. Cassell P64456 | 915 N. Michigan Ave., Ste 200 Howell, MI 48843 | 517-540-1700 517-540-1701 | rcassell@myers2law.com | $400/hour |
| Michael J. Caywood P59905 | 112 S. Monroe St / POB 7099 Sturgis, MI 49091 | 269-651-3281 269-651-3261 | mike@haascaywood.com | $350/hour |
| Nancy K. Chinonis P71350 | 503 S. Saginaw Street Flint, MI 48502 | (810) 232-3141 (810) 232-1079 | nchinonis@ccglawyers.com | $300/hour |
| Matthew J. Coffey P43381 | 143 S. 1st St., PO Box 293 Freeland, MI 48623 | 989-791-7060 | mjc@fordney.com | $150/hour |
| Byron P. Gallagher, Jr. P42996 | 2001 Abbott Rd East Lansing, MI 48823 | 517-853-1515 517-853-1501 | bpg@thegallagherlawfirm.com | $300/hour |
| M. Timothy Gergely P51303 | P.O. Box 117 Vicksburg, MI 49097 | 269-679-4263 269-679-5373 | tim@gergelylaw.com | 250/hour |
| Joshua S. Goodrich P83197 | 5208 W. Saginaw Hwy, #84412 Lansing MI 48917 | 269-312-7435 646-356-7044 | jsgoodrich@lighthouse-litigation.com | $250/hour |
| Brian G. Harbert | 775 Hammersmith Cir. Holland, OH 43528 | 313-355-3740 | equitableendeavorsmediation@gmail.com | $200/hour |
| Dale Ann Iverson P35674 | JustMediation PLC PO Box 150156, GR MI 49515 | 616-560-2243 | daleiverson@justmediation.com | $250/hour |
| Jeannine Julien | 7213 Pounds Court Howell, MI 48855 | 313-801-0323 | j9julien@gmail.com | $175/hour |
| Robb S. Krueger P66115 | PO Box 4010 Kalamazoo, MI 49003-4010 | 269-324-3000 269-324-3010 | rkrueger@kreisenderle.com | $300/hour |

| | | | | |
|---|---|---|---|---|
| Paula K. Manis<br>P29995 | 124 W. Allegan St., Ste 700<br>Lansing, MI 48933 | 517-485-0400<br>517-371-1211 | pkmanis@loomislaw.com | $450-475/hour |
| Michael T. McArthur | 10501 Clinton Rd.<br>Jackson, MI 49201 | 517-599-1195 | mcarthur_thomas@yahoo.com | $200/hour |
| Karen A. Mouradjian | 23807 Brittany<br>Eastpointe, MI 48021 | 947-221-0368 | krmjd1mediation@gmail.com | $175/hour |
| William K. Murphy<br>P31179 | 119 N. Church St., Ste 202<br>Kalamazoo, MI 49007 | 269-342-9900<br>269-342-0280 | williamkmurphy@sbcglobal.net | $250/hour |
| Mark R. Mueller<br>P55519 | 1155 Brewery Park Blvd., Ste 200<br>Detroit, MI 48207 | 231-941-1611<br>313-259-0450 | mmueller@garanlucow.com | $225/hour |
| Edward P. Perdue<br>P55888 | PO Box 2390<br>Grand Rapids, MI 49501 | 616-888-2960<br>616-469-1351 | eperdue@perduelawgroup.com | $325/hour |
| Thomas C. Richardson<br>P31750 | 136 E. Michigan Ave.,Ste.800<br>Kalamazoo, MI 49007 | 269-388-7600<br>269-553-1439 | trichardson@lewisreedallen.com | $275/hour |
| Phillip A. Schaedler<br>P35047 | 108 E. Chicago Blvd. #202<br>Tecumseh, MI 49286 | 517-420-6155 | adratty@comcast.net | $200/hour |
| Lee T. Silver<br>P36905 | 300 Ottawa Ave NW, Ste 620<br>Grand Rapids, MI 49503 | 616-988-5600<br>616-988-5606 | ltsilver@silvervanessen.com | $350/hour |
| Jason Q. Wilson<br>P59284 | 6689 Orchard Lake Rd., Ste 294<br>West Bloomfield, MI 48322 | 248-797-4600 | jwilson@wlgfights.com | $400/hour |
| Mechelle A. Woznicki<br>P81638 | 1918 W. Milham Ave.<br>Portage, MI 49024 | 269-692-5244<br>844-996-9529 | mechelle@woznickilaw.com | $250/hour |
| B. Jay Yelton III<br>P43691 | 180 E. Water St., Ste 7000<br>Kalamazoo, MI 49007 | 269-276-8130<br>269-276-8300 | jyelton@wnj.com | $310/hour |

IN THE STATE OF MICHIGAN

37TH JUDICIAL CIRCUIT

COUNTY OF CALHOUN


ROOSEVELT LASHAWN WILLIAMS (ESTATE)
    PLAINTIFF

Roosevelt-Lashawn of the Williams Family (Trustee\Executor)
    Third Party Plaintiff


V.

HONORABLE JUDGE:_____
CASE NO.: _____


GOOGLE, FACEBOOK META/DAVID
CRASH PARTAIN/CITIZEN TO POLICE
CALHOUN CO, CITY DATA.COM
    DEFENDANT(S)


_____/


**VIOLATION OF INTELLECTUAL PROPERTY RIGHTS TORT CLAIM/COMPLAINT**

**ORAL ARGUMENTS REQUESTED**

## TABLE OF AUTHORITIES

### CASES

| Authority | Page |
|---|---|
| S.F. Arts & Athletics, Inc. v. U.S. Olympic Comm., 483 U.S. 522 (1987).. | 13 |
| Wal-Mart Stores, Inc. v. Samara Bros., Inc., 529 U.S. 205 (2000)........... | 18 |
| Iancu v. Brunetti, 588 U.S. 388 (2019)................................................. | 18 |
| Qualitex Co. v. Jacobson Prods. Co., 514 U.S. 159 (1995).................... | 18 |
| Two Pesos, Inc. v. Taco Cabana, Inc., 505 U.S. 763 (1992)................... | 18 |
| Matal v. Tam, 582 U.S. 218 (2017)..................................................... | 19 |
| Allen v. Cooper, 589 U.S. 248 (2020)................................................. | 19-20 |
| Van Buren v. United States, 593 U.S. 374 (2021)................................. | 19-20 |
| Vidal v. Elster, 602 U.S. 286 (2024)................................................... | 12,19-20, 24 |
| Harper & Row v. Nation Enterprises, 471 U.S 539 (1985)...................... | 19-20 |
| Helsinn Healthcare S.A v. Teva Pharmaceuticals USA INC, et al.,580 U.S. ........................................................................................ | 19 |
| Griswold v. Connecticut, 381 U.S. 479 (1965)..................................... | 22 |
| United States Department of Defense v. Federal Labor Relations Authority, 510 U.S. 487 (1994)................................................................. | 23 |
| Department of State v. Ray, 502 U.S. 164 (1991)................................. | 23 |
| United States Department of Justice v. Reporters Committee for Freedom of the Press, 489 U.S. 749 (1989)............................................. | 24 |
| National Archives and Records Administration v. Favish (2004)............ | 24 |
| FCC v. AT&T Inc. (2011)................................................................... | 24 |
| Youngstown Sheet & Tube Co. v. Sawyer (1952)................................. | 25 |
| New York Times Co. v. United States (1971)........................................ | 25 |
| Marbury v. Madison, 5 U.S. (1 Cranch) 137 (1803)............................. | 25 |

## STATUTES

| Authority | Page |
|---|---|
| 5 U.S.C. § 552a | 22 |
| 15 U.S.C. § 1052(c) | 12 |
| 17 U.S.C. § 107 | 11 |
| MCL 15.243 | 9, 22 |
| MCL 17.401 | 15 |
| MCL 330.1724; MCL 330.1748 | 9 |
| MCL 390.1551–.1557 | 13-19 |
| MCL 429.31 et seq | 16 |
| MCL 440.9102 | 7 |
| MCL 440.9109 | 8 |
| MCL 440.9310 | 8 |
| MCL 570.547 | 14 |
| MCL 750.395 | 15 |
| MCL 750.539d; MCL 750.539j | 17, 22 |

## CONSTITUTIONAL PROVISIONS

| Authority | Page |
|---|---|
| Mich. Const. 1963, art. I, § 11 | 13 |
| Mich. Const. 1963, art. I, § 24 | 23 |
| Mich. Const. 1963, art. X, § 2 | 6 |

U.S. Const. amend. I.................................................................... 21

U.S. Const. amend. III.................................................................. 21

U.S. Const. amend. IV................................................... 21

U.S. Const. amend. V.................................................... 22

U.S. Const. amend. IX................................................... 22

U.S. Const. amend. XIV.................................................. 22, 26

U.S. Const. art. I, § 8, cl. 8............................................. 13, 23, 27

*IN THE STATE OF MICHIGAN*

*37ᵀᴴ JUDICIAL CIRCUIT*

*COUNTY OF CALHOUN*

ROOSEVELT LASHAWN WILLIAMS (ESTATE)
    PLAINTIFF

Roosevelt-Lashawn of the Williams Family (Trustee\Executor)
    Third Party Plaintiff

V.

HONORABLE JUDGE: _____
CASE NO.: _____

GOOGLE, FACEBOOK META/DAVID
CRASH PARTAIN/CITIZEN TO POLICE
CALHOUN CO, CITY DATA.COM
    DEFENDANT(S)

_____/

*VIOLATION OF INTELLECTUAL PROPERTY RIGHTS TORT
CLAIM/COMPLAINT*

*ORAL ARGUMENTS REQUESTED*

JURISDICTION AND VENUE

This is a civil action for damages wherein the amount in controversy exceeds $25,000, exclusive of interest, costs, and attorney fees. This Court has subject matter jurisdiction pursuant to MCL 600.605, as this is a general civil action and jurisdiction is not exclusively vested in another Michigan court. This Court has personal jurisdiction over Defendant(s) pursuant to MCL 600.705 because Defendant(s) caused tortious acts and consequences to occur within the State of Michigan, out of which the Plaintiff's claims arise.

## *ISPO FACTO AVERMENT(S)*

1) On the Fifth Day of May, in the Year of Our LORD Two Thousand Twenty-Five, along with numerous of other occasions, GOOGLE CORPORATION, located at 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CALIFORNIA 94043, via e-mail was given due and sufficient notice of being in violation of numerous of violation(s), to include but not limited to the unauthorized use of the INTELLECTUAL PROPERTY belonging to Roosevelt-Lashawn of the Williams Family, with clear instruction(s) to cease and desist any further unauthorized use of said INTELLECAL PROPERTY, along with removing said INTELLECTUAL PROPERTY from said CORPORATION'S database, and the Third-Party Plaintiff having a perfected security interest to/of/in the property being used. (See EXHIBIT (A) "PRIVACY ACT OF 1974 VIOLATION NOTICE" and "NOTICE OF DEFAULT")

2) On the Sixteenth Day of October, in the Year of Our LORD, Two Thousand Twenty-Five, GOOGLE CORPORATION acknowledged receiving said notice as witnessed by the attached response to which said violation(s) continuously to intentionally occur. (See EXHIBIT(S) (B) "GOOGLE CORPORATION'S E-MAIL RESPONSE(S) and SCREENSHOT")

3) On numerous of occasions CITY-DATY.COM, located at 3 GRANT SQUARE #263, HINSDALE, ILLINOIS 60521-3351, via the "CITY-DATA.COM Forum Personal Information Listing Removal Request" due and sufficient notice was indeed given of being in violation of: a) INTELLECTUAL PROPERTY RIGHT LAWS via the unauthorized use via publication of the Third-Party Plaintiff's private intellectual property without the owner's consent, b) VIOLATION OF PRIVACY RIGHTS as secured via the *united States of America Constitution* via the publication of the Third Party Plaintiff's personal information (i.e. address) without the owner's consent, c) the Third-Party Plaintiff having a perfected security interest to/of/in said property being used, and d) violation of numerous of MICHIGAN COMPLIANCE LAW(S), FEDERAL LAW(S) and the *united States of America Constitution*, requesting that said violation(s) be rectified by ceasing and desisting in any further unauthorized use of the Third-Party Plaintiff's *INTELLECTUAL PROPERTY* and removing said private property from his/her/their website. (See EXHIBIT(S) (C))

4) On the Fourteenth Day of March, in the Year of Our LORD Two Thousand Twenty-Six, along with numerous of other notices, has been given to FACEBOOK META, located at 1 HACKER WAY, MENLO PARK, CALFORINA  94025 of being in violation of numerous Right(s), Policy(ies), MICHIGAN COMPLIANCE LAW(S), FEDERAL LAW(S).... etc., via FACEBOOK META and user(s) of FACEBOOK META commercial platform. FACEBOOK META has constantly responded that no policy [n]or LAW(S) are being violated. (See EXHIBITD (D) "Acknowledgment of

complaint of unauthorized image use,"; "E-Mail response to unauthorized intellectual property use," and one of the many FACEBOOK META pages where users are being allowed to violate FACEBOOK META privacy policy and intellectual property right law(s) Infringing Content.)

5) On the Thirty First Day of May, in the Year of Our LORD Two Thousand Twenty-Six, along with numerous of other notices, has been given to FACEBOOK META, located at 1 HACKER WAY, MENLO PARK, CALFORINA  94025 of being in violation of numerous Right(s), Policy(ies), MICHIGAN COMPLIANCE LAW(S), FEDERAL LAW(S).... etc., via FACEBOOK META and user(s) of FACEBOOK META commercial platform that a unauthorized use of the Plaintiff's Intellectual Property had occurred via CITIZENS TO POLICE CALHOUN CO. To at which point all necessary documents had been provided to FACEBOOK META of proof of ownership of said intellectual property and commercial registration along with the link to the user violating said intellectual property right(s)/law(s) and violating document(s)/item(s), requesting that the item(s) be immediately removed. (See EXHIBIT(S) (E) "COPYRIGHT REPORT," "UCC-1 FINANCING STATEMENT," "ITEM(S) VIOLATING INTELLECTUAL PROPERTY RIGHT(S) (PICTURE/NAME)," and "FICTIOUS NAME CERTIFICATE")

6) On the Second Day of June in the Year of Our LORD, Two Thousand Twenty-Six a second notice of said same Intellectual Property Right(s) violation(s) still being in existence was given with a second request to remove the infringing content along with due and sufficient notice of seeking civil and criminal action upon failure to comply was given to FACEBOOK META to which FACEBOOK META chose to ignore said notice and allow the infringing content to remain. (See EXHIBIT (E))

### I)   DOES THE DEFENDANT(S) ACTION(S) VIOLATE THE uNITED STATES OF AMERICA CONSTITUTION, STATE OF MICHIGAN CONSTITUTION, AND COMMERCIAL LAW(S)

### PLAINTIFF SAYS: YES
### DEFENDANT SAYS:

**Fifth Amendment of the united States of America Constitution states:**

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

The Michigan Constitution of 1963 contains provisions on the seizure of private property in **Article X, Section 2**, which addresses eminent domain and compensation.

**Article X, Section 2** states:

"Private property shall not be taken for public use without just compensation, therefore being first made or secured in a manner prescribed by law. If private property consisting of an individual's principal residence is taken for public use, the amount of compensation made and determined for that taking shall be not less than 125% of that property's fair market value, in addition to any other reimbursement allowed by law. Compensation shall be determined in proceedings in a court of record. 'Public use' does not include the taking of private property for transfer to a private entity for the purpose of economic development or enhancement of tax revenues. Private property otherwise may be taken for reasons of public use as that term is understood on the effective date of the amendment to this constitution that added this paragraph. In a condemnation action, the burden of proof is on the condemning authority to demonstrate, by the preponderance of evidence, that the taking of a private property is for a public use, unless the condemnation action involves a taking for the eradication of blight, in which case the burden of proof is on the condemning authority to demonstrate, by clear and convincing evidence, that the taking of that property is for a public use. Any existing right, grant, or benefit afforded to property owners as of November 1, 2005, whether provided by this section, by statute, or otherwise, shall be preserved and shall not be abrogated or impaired by the constitutional amendment that added this paragraph."

### 440.9102 Definitions and index of definitions.
Sec. 9102.

(1) As used in this article: ......

(l) "Collateral" means the property subject to a security interest or agricultural lien. The term includes 1 or more of the following:

(i) Proceeds to which a security interest attaches.

(ii) Accounts, chattel paper, payment intangibles, and promissory notes that have been sold.

(iii) Goods that are the subject of a consignment.

(m) "Commercial tort claim" means a claim arising in tort with respect to which of the following applies:

(i) The claimant is an organization.

(ii) The claimant is an individual and the claim arose in the course of the claimant's business or profession and does not include damages arising out of personal injury to or the death of an individual.

(v) "Consumer debtor" means a debtor in a consumer transaction.

(w) "Consumer goods" means goods that are used or bought for use primarily for personal, family, or household purposes.

(x) "Consumer-goods transaction" means a consumer transaction in which an individual incurs an obligation primarily for personal, family, or household purposes and a security interest in consumer goods secures the obligation.

(y) "Consumer obligor" means an obligor who is an individual and who incurred the obligation as part of a transaction entered into primarily for personal, family, or household purposes.

(z) "Consumer transaction" means a transaction in which an individual incurs an obligation primarily for personal, family, or household purposes, a security interest secures the obligation, and the collateral is held or acquired primarily for personal, family, or household purposes. The term includes consumer-goods transactions.

(aa) "Continuation statement" means an amendment of a financing statement which identifies, by its file number, the initial financing statement to which it relates and indicates that it is a continuation statement for, or that it is filed to continue the effectiveness of, the identified financing statement.

(bb) "Debtor" means 1 of the following:

(i) A person having an interest, other than a security interest or other lien, in the collateral, whether or not the person is an obligor.

(pp) "General intangible" means any personal property, including things in action, other than accounts, chattel paper, commercial tort claims, deposit accounts, documents, goods, instruments, investment property, letter-of-credit rights, letters of credit, money, and oil, gas, or other minerals before extraction. The term includes payment intangibles and software.

## 440.9310 When filing required to perfect security interest or agricultural lien; security interests and agricultural liens.

Sec. 9310.
(1) Except as otherwise provided in subsection (2) and section 9312(2), a financing statement must be filed to perfect all security interests and agricultural liens

## 440.9109 Scope.
Sec. 9109.
(1) Except as otherwise provided in subsections (3) and (4), this article applies to all of the following:
(a) A transaction, regardless of its form, that creates a security interest in personal property or fixtures by contract.

Article 9 of the UCC and Intellectual Property

Article 9 of the Uniform Commercial Code (UCC) governs secured transactions in **personal property**, including **general intangibles** such as patents, trademarks, copyrights, and other intellectual property (IP) rights  Under UCC Article 9, IP is treated as a form of personal property that can be used as collateral in secured financing arrangements.
How IP Fits Under Article 9

General Intangibles: UCC Article 9 defines "general intangibles" as personal property that is not tangible, such as contractual rights, licenses, and IP rights

Licensing Agreements: Both exclusive and non-exclusive licenses of IP are considered personal rights under UCC, which can be the subject of a security interest

Collateralization: Because IP can be valuable and tradable, lenders may seek to secure loans or other obligations by taking a security interest in IP rights

Perfecting a Security Interest in IP

To perfect a security interest in IP under Article 9:

State Filing: A UCC-1 financing statement must be filed with the Secretary of State in the state where the debtor resides, describing the collateral (e.g., the IP right)

Federal Preemption: For certain IP types (e.g., U.S. patents, registered trademarks, registered copyrights), federal law may preempt state UCC filings.

UCC Article 9 and Intellectual Property

Article 9 of the Uniform Commercial Code (UCC) governs secured transactions in personal property, including intellectual property (IP) rights such as patents, copyrights, and trademarks, when those rights are treated as "general intangibles" under UCC definitions.
How Article 9 Applies to Intellectual Property

Under UCC Article 9, a security interest in IP is created when:

The debtor has rights in the collateral (e.g., a patent, copyright, or trademark).

There is an authenticated security agreement describing the IP. The value is given (e.g., a loan is made) IP rights are generally classified as **general intangibles** under UCC § 9-102, which are personal property interests that can be the subject of a security interest

Article 9 of the Uniform Commercial Code (U.C.C) is the primary section pertaining to intellectual property (IP) rights, specifically governing security interests in intangibles like patents, trademarks, and copyrights. It enables lenders to take security interests in IP assets as collateral. Additionally, Article 2B (often proposed or adopted in part) covers licensing, while Article 2 governs goods, not intellectual property itself.

Article 9 (Secured Transactions): Governs the creation and perfection of security interests in intellectual property, which are generally categorized as "general intangibles ".
Perfection: Security Interest in patents, trademarks, and copyrights are often perfected under Article 9.

In summary: Article 9 of the UCC allows IP rights to be treated as personal property and used as collateral. Lenders can perfect security interests in IP through UCC filings, but for certain rights, federal law may require additional or alternative filing procedures to ensure priority

FACEBOOK META and GOOGLE CORPORATION are commercial based platforms that has policies in place that are supposed to protect consumers rights, each one has been given due and sufficient notice(s) of the violation(s) being committed by users (i.e. "Citizen To Police Calhoun," "CITY-DATA.COM"....etc.)   on their platform and refuses to enforce the rights of the consumer(s) and intentionally ignores all notice(s) and request to remove any and all unauthorized uses of intellectual property that the owner of such property has not given permission to be used by anyone (e.g. Lexus Nexus, Justia Law, Govinfo,...etc.) to include but not limited to any GOVERMENT AGENT(S), GOVERNMENT AGENCIES, COURTS or the likes thereof, to publish, print, display, reproduce use or the likes thereof any of the Plaintiff(s)' Private Intellectual Property.

*II)  DOES THE DEFENDANT(S) ACTION(S) VIOLATE THE PLAINTIFF(S) INTELLECTUAL PROPERTY RIGHT(S), ARTICLE 1 § 8 OF THE uNITED STATES OF AMERICA CONSTITUTION, FEDERAL LAW(S) AND MICHIGAN STATE LAW(S)*

*PLAINTIFF(S) SAYS: <u>YES</u>*
*DEFENDANT(S) SAYS: _____*

The Copyright Act of 1976 (Pub. L. 94-553) overhauled U.S. copyright law, establishing the current framework in Title 17. Effective January 1, 1978, it automatically protects original works of authorship fixed in a tangible medium, granting creators exclusive rights (reproduction, distribution, performance) for the author's life plus 50 years (now generally 70).

Key provisions of the 1976 Act include:

Fixed in Tangible Medium: Protection exists the moment a work is written down, recorded, or otherwise captured, regardless of whether it is published or registered.
Exclusive Rights: Owners hold rights to reproduce, distribute, perform, display, and create derivative works based on their original, copyrighted material.

Fair Use Doctrine: Codified for the first time, Section 107 permits limited use of copyrighted material without permission for purposes like criticism, comment, news reporting, teaching, or research.

Duration: The law extended terms to the life of the author plus 50 years (later extended), and for "works made for hire," 75 years from publication (now 95 years).

Subject Matter: Protection covers literary, musical, dramatic, choreographic, pictorial, graphic, sculptural, and audiovisual works.

Distinction Between Idea and Expression: The Act protects the specific expression of a work, not the underlying ideas, procedures, or methods.

Preemption: The act eliminated common law copyright for unpublished works, establishing a single federal system.

The Act was designed to adapt to new technologies, such as photocopying and cable television, by providing mechanisms for compulsory licenses, and it aligned U.S. law with international standards like the Berne Convention.

In Vidal v. Elster (2024), the US Supreme Court unanimously upheld the Lanham Act's requirement that a living person's name cannot be registered as a trademark without their written consent. The decision confirms that, when using a person's identity in commerce for branding, prior consent is generally required.

Key details regarding the Vidal v. Elster case:

The Issue:
Steve Elster attempted to register the trademark "Trump Too Small," which was rejected by the Patent and Trademark Office because it used Donald Trump's namewithout his consent.

The Ruling:
The Court decided that the "names clause" (§1052 of the Lanham Act) does not violate the First Amendment, affirming it is not viewpoint discrimination to prohibit the commercial use of a person's name without their consent.

Scope:
The ruling reinforces common-law principles that individuals have rights over their own names in commerce.

This decision confirms that trademark law protects individuals from having their names used by others without permission

The Plaintiff(s)'has, in accordance with applicable law(s) perfected a security interest in his Intellectual Property and the rights thereof, to which no consent has been given to any GOVERNMENT ENTITY, GOVERNMENT AGENT(S)/ANGENCY(IES). Private Individuals or the likes thereof to print, publish, advertise and/or use in commerce or otherwise. (See EXHIBIT(S) (A) and (E) filed "U.C.C-1 FINANCING STATEMENT")

Allowing other users to post unowned Intellectual Property without the owner's consent on the FACEBOOK META and GOOGLE CORPORATION commercial platform is a clear violation of the above cited laws and FACEBOOK META and GOOGLE CORPORATION PRIVACY POLICY.

In Vidal v. Elster (2024), the Supreme Court upheld Section 2 of the Lanham Act, affirming that a person's name can be protected as intellectual property (and denied to others for trademarking) based on reputation, without requiring that specific name to be used actively by that person in commercial, for-profit activity.

Vidal v. Elster (2024) centered on the registration of "TRUMP TOO SMALL." The Court recognized that the "names clause" of the Lanham Act protects a person's interest in their own name, protecting their reputation regardless of whether the specific name usage is commercial.

San Francisco Arts & Athletics, Inc. v. United States Olympic Comm. (1987) noted that a mark can acquire value (property status) through labor and skill, not solely through traditional commercial use.

The Court emphasized that the "names clause" respects the connection between a trademark and the protection of a person's reputation.

Article I § 8 Enumerated Powers Clause 8 Intellectual Property
To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;


Article 1§ 8 Cl.8

Article 1§ 8, Cl. 8 of the united States of America Constitution (the "Intellectual Property Clause") empowers Congress to promote scientific and artistic progress by granting authors and inventors exclusive rights to their writings and discoveries for limited times. This clause forms the legal basis for U.S. patent and copyright laws.

Key Aspects of the Clause:
Purpose: The clause explicitly states its utilitarian purpose is "To promote the Progress of Science and useful Arts".

Copyrights: Protects authors' original writings.

Patents: Protects inventors' new discoveries.

Limitations: Rights must be for "limited Times" (not perpetual).
Interpretation: While "science" meant all knowledge, "useful arts" historically referred to manufacturing crafts.

Trademarks: This clause is generally not the basis for trademarks; they are governed by the Commerce Clause

Based on Michigan Compiled Laws (MCL), specifically regarding the Commercial Rehabilitation Act, MCL 390.1554(1)(a) is cited in legal proceedings to protect materials as "Intellectual property," including research, designs, and potentially images or visual works within that context. For general copyright protection, photos are protected by federal law, not typically a specific MCL.


Key details regarding intellectual property and images in Michigan include: MCL 390.1554(CRIIA): Refers to intellectual property exemptions in the context of research and university-related materials.

14 of 37

Right of Publicity: Michigan common law and statutes (like those regarding commercial misappropriation) protect an individual's likeness in images, often considered a form of intellectual property

In Michigan, common law intellectual property (IP) rights arise from judicial decisions and precedent rather than statutes. These rights are recognized alongside, and often supplement, statutory IP laws enacted by state and federal legislatures.

Common Law IP in Michigan Definition: Common law is law developed through court decisions, which supplements statutory laws passed by the legislature.

Common Law Trademarks: The most significant common law IP right in Michigan is the trademark. A business that is the first to use a trademark in a specific geographic area receives rights, even if not registered.

"Appropriation" Tort: Michigan courts recognize a common law "appropriation" tort,which provides protection against unauthorized use of a person's identity, often serving as a substitute for a statutory right of publicity.

Scope: Common law rights typically apply only within specific geographic areas.

Recognition Along Statutory Law Trade Secrets: The Michigan Uniform Trade Secrets Act (MUTSA) protects confidential business information, complementing common law protections.

Concurrent Use:
Common law trademarks can exist alongside federal (Lanham Act) and state-registered trademarks, with the first user often prevailing.

Statutory Displacement:
Common law norms apply where they are not displaced by later statutory enactments, binding Michigan courts to honor judge-made principles until repealed by the legislature

In Michigan, intellectual property rights, including common law protections against unfair competition, are often addressed in MCL 570.547, which preserves state law rights regarding tools and unfair competition. Additionally, MCL 390.1554 protects intellectual property (including trade secrets) created by or in the possession of public universities.

Key Michigan Compiled Laws (MCL) regarding Intellectual Property:

MCL 390.1552-390.1554(Confidential Research and Investment Information Act): Defines and protects intellectual property, trade secrets, and proprietary information held by universities.

MCL 570.547: Deals with the transfer of rights for special tools but explicitly states it does not affect rights under federal patent/copyright law or state/federal law pertaining to unfair competition.

While federal law governs registered patents and copyrights, common law intellectual property rights in Michigan generally relate to trade secrets, unregistered trademarks, and unfair competition laws.

Common law intellectual property rights in Michigan, such as unregistered trademarks, are generally recognized under state-level statutes that define property ownership and remedies for infringement. Specific statutes like Act 242 of 1969 (modeled after the Lanham Act) govern marks, while MCL 390.1552 defines intellectual property within the context of research, and the Revised Judicature Act (MCL 600.8031) provides mechanisms for handling intellectual property cases.

Trademarks/Service Marks: Act 242 of 1969 covers registration and protection, including common law rights that may exist prior to state registration.

Intellectual Property Definition: MCL 390.1552 defines intellectual property as original data, findings, or products of the mind.

Confidentiality/Trade Secrets: Act 55 of 1994 (MCL 390.1551-390.1557) addresses ownership of intellectual property created by university employees.

Common law intellectual property rights, particularly regarding unregistered trademarks or trade secrets, are generally protected under Michigan common law principles rather than a specific statutory MCL section. However, MCL 390.1554 (part of the Confidential Research and Investment Information Act) relates to protecting proprietary information and intellectual property.

Key Details regarding Intellectual Property in Michigan:

Common Law Trademarks: These rights arise through usage in commerce within a specific geographic area, allowing the first user to establish rights even without state or federal registration.

Trade Secrets: Protected under common law and the Michigan Uniform Trade Secrets Act (MUTSA), which protects confidential, proprietary information.

Inventions & Contracts:
MCL 17.401 allows for state contracts involving inventions, discoveries, and patents, particularly for public health These laws, in conjunction with common law principles (court-made law), protect unregistered marks and proprietary information.

Common law intellectual property rights in Michigan, such as unregistered trademark rights, are largely protected through unfair competition common law, while statutory rights are governed by the Michigan Trademark and Service Mark Act (MCL 429.31 et seq.), which mimics federal Lanham Act protections. Common law rights arise from use in commerce, protecting against infringement, while MCL 429.31 allows registration for additional statutory protection.

Key Aspects of Intellectual Property Rights in MCL:
Trademarks/Service Marks: While common law protects unregistered marks, MCL 429.31-429.46 provides the statutory framework for registration, renewal, and infringement remedies, notes the State of Michigan.
Confidential Information: MCL 390.1551-390.1557(Confidential Research and Investment Information Act) defines intellectual property within university contexts and covers trade secrets.

Property Rights Defined: MCL 567.222 clarifies the definition of "property" as intangible personal property, which can encompass IP

Defines all pictures as intellectual property MCL750.395 deals with the prohibited use of an individual's image for commercial purposes without consent. Generally, pictures are protected under federal copyright law as original works of authorship.

Michigan Specific Law: MCL 750.395 relates to "misappropriation of a person's image or likeness," protecting the right of publicity.

Definition of Property: Under this section. An individual's likeness picture/image) is treated as a form of intellectual property that cannot be commercially used, published, or distributed without permission.

·General Protection: Pictures are also inherently protected as copyright-protected intellectual property.

In Michigan, an individual's likeness-including their photograph or image-is protected under both common law and statutory frameworks, often treated as a form of property that cannot be used for commercial purposes without consent. The "right of publicity" enables individuals to control the commercial exploitation of their likeness.

Key Aspects of Image Protection in Michigan:
Commercial Misappropriation (Right of Publicity): Using an individual's name, likeness, or image for a commercial purpose-such as in advertisements or to promote a product-without their consent violates their right of publicity, giving them a right to seek legal action.

Exceptions (First Amendment): The use of a person's likeness is protected if it is newsworthy or a matter of "legitimate public concern," such as in a news story or editorial content.

Common Law Right: Even without a specific statute in all scenarios, Michigan common law allows individuals to sue when their image is used to benefit another party without authorization.

Copyright Protection: Beyond the right of publicity, photographs themselves are protected under federal copyright law as original works of authorship, providing exclusive rights to the owner, who is generally the photographer.

Specific Statutory Considerations:
MCL 750.539d & 750.539j: Michigan law prohibits secretly recording, photographing, or sharing images of an unclad person or a person in their undergarments when there is a reasonable expectation of privacy, which is considered a felony.

Misappropriation of Image: Using a photo of someone on a website or in advertising to create a false impression of endorsement can lead to a lawsuit for violating their right to keep their likeness private.

Common Pitfalls and Penalties:
Unlicensed Images: Businesses using images found online (even from social media) without permission can be sued for copyright infringement, with potential statutory damages up to $150,000 per infringed work in cases of willful infringement.

Consent: Obtaining explicit permission from the person pictured is crucial for any commercial use of their likeness to avoid claims of violating their right of publicity

Unauthorized use of a person's picture is primarily governed by state-level rights of publicity laws, invasion of privacy torts (appropriation of likeness), and copyright law. Using someone's image for commercial purposes without consent is illegal, while personal misuse may violate privacy rights, especially if it involves false light or private, non-public settings.

Key legal concepts include:
Right of Publicity: Protects an individual's right to control and profit from the commercial use of their name, image, or likeness.

Invasion of Privacy (Appropriation of Likeness): A common law claim used when someone uses your name or face without permission for their own benefit.

False Light: A claim applicable if the unauthorized photo is used in a misleading or offensive way that damages your reputation.

Copyright Infringement: If you took the photo, you own the copyright; using it without permission violates federal copyright law.

Criminal Laws: Certain states, like Michigan, have statutes (e.g., MCL 750.539j) that make distributing private images without consent a felony

MCL 390.1554 (part of the Commercial Rehabilitation Incentive Act (CRIIA)) and related court discussions often identify "intellectual property" as exempt from disclosure, frequently encompassing creative works, which can include images. Generally, original photographs and visual arts are protected as intellectual property under copyright laws.

Key Details Regarding Images as Intellectual Property:
MCL 390.1554(1)(a): Cited in legal contexts regarding the protection of information deemed "intellectual property," which can include proprietary visual content.

Copyright Protection: Original photographs and artistic images are protected by copyright, which is a form of intellectual property, from the moment of creation.

Other Related Laws: While specific MCL citations can vary based on context (e.g., commercial vs. Personal use), the "right of publicity" protects a person's image and likeness, treating it as a form of intellectual property when used commercially, as explained by Gorman & Williams

Under the Lanham Act, trademark registration is not required for protection, as common law rights arise from actual use in commerce. While the Supreme Court recently focused on registration restrictions (e.g.,Matalv.Tam, Iancu v. Brunetti), the foundational principle that unregistered, distinct marks are protectable under § 43(a) of the Lanham Act is established in cases like Two Pesos, Inc. v. Taco Cabana, Inc.

Key Supreme Court cases affirming or recognizing rights for unregistered marks under the Lanham Act include:

Two Pesos,Inc. v. Taco Cabana, Inc. (1992): The Court held that inherently distinctive trade dress is protectable under § 43(a) of the Lanham Act without proof of secondary meaning, affirming that unregistered marks can be enforced.

Qualitex Co. v. Jacobson Products Co. (1995): The Court confirmed that colors can act as trademarks and, if used in commerce, receive protection regardless of registration. Wal-Mart Stores, Inc. v. Samara Brothers, Inc. (2000): While clarifying requirements for unregistered trade dress (requiring secondary meaning), the Court acknowledged that unregistered, distinctive product packaging is protectable under the Lanham Act.

Matal v. Tam (2017) and Iancu v. Brunetti (2019): These cases invalidated portions of the Lanham Act that restricted registration, emphasizing that the inability to register a mark does not prevent its use or common law protection.

These decisions highlight that federal registration provides advantages, but is not a prerequisite for protection against infringement

Several U.S. Supreme Court cases particularly Matal v. Tam (2017) and Iancu v. Brunetti (2019), implicitly confirm that trademark registration is not required for protection under the Lanham Act, as they struck down restrictions on registration based on First Amendment grounds allowing marks to exist even if they cannot pe registered.

Matal v. Tam (2017): The Court held that the Lanham Act's prohibition or 'registering "disparaging" marks violates the Free Speech Clause of the First Amendment, confirming that the inability to register does not extinguish `rights in the mark

The U.S. Patent & Trademark Office argued that the restriction is a protection against misappropriation of a reputation, not just a commercial brand

Key Supreme Court cases on consent and IP:

Vidal v. Elster, 602 U.S.  (2024): The Court held that the "names clause" in the Lanham Act, which prohibits registering a trademark containing a living person's name without their consent, does not violate the First Amendment. This protects a person's reputation and goodwill from unauthorized commercial use.

Harper & Row v. Nation Enterprises, 471 U.S. 539(1985): This case highlighted that the right of first publication is a crucial part of copyright protection, requiring consent before publishing another's confidential or copyrighted creative content (e.g., unpublished memoirs).

Helsinn Healthcare S.A. v. Teva Pharmaceuticals USA, Inc. et al.,580 U.S._(2019):While focusing on "on sale" patent rules, the ruling highlights that, even with confidentiality agreements (implying a form of limited consent) between parties, selling an invention publicly can trigger the one-year bar, as a party cannot rely solely on private agreements to prevent sharing the technology's existence.

Van Buren v. United States, 593 U.S.  (2021): Although focused on the Computer Fraud and Abuse Act (CFAA), the Court ruled that "exceeds authorized access" applies to using permitted access to obtain information that a user is not entitled to take, emphasizing that access to, and sharing of, electronic IP requires authorization (consent).

Note: In the context of trademarks, the common law and modern law, including the 2024 Vidal case, have long maintained that a person has an inherent right to control the commercial use of their own name

Several U.S. Supreme Court cases, including Vidal v. Elster (2024), Harper & Row v. Nation Enterprises (1985), and Allen v. Cooper (2020), uphold that consent or legal authorization is required before using or sharing another's intellectual property (IP), covering trademarks, copyright, and digital access.

Key Supreme Court Rulings on IP Consent

Trademarks and Persona (Vidal v. Elster, 2024): The Court held that the Lanham Act's prohibition on registering trademarks that include a living person's name without their consent is constitutional. This upholds the "names clause," which restricts using someone's identity in commercial IP without their permission.

The US Supreme Court has confirmed that consent is required for using specific intellectual property, particularly personal names in trademarks and in cases of unauthorized publication of creative works. Key cases, such as Vidal v. Elster (2024), affirm that using another's name in a trademark requires their consent.

Copyrighted Material (Harper & Row v. Nation Enterprises, 1985): The Court ruled that taking copyrighted expression (in this case, unpublished manuscript quotes) without consent violates the copyright holder's rights, as it infringes on their creative control over the first public appearance of their work.

Copyright Infringement and State Immunity (Allen v. Cooper, 2020): While focusing on sovereign immunity, this case recognized that states generally cannot use someone's copyrighted material (like photos or videos) without consent, although the ruling limited how copyright owners can sue states for such infringements.

Digital Data Access (Van Buren v. United States, 2021): The Court defined "exceeds authorized access" under the Computer Fraud and Abuse Act (CFAA), ruling that accessing or sharing information from a computer system without authorization (i.e., without consent) is illegal.

While Haelen Laboratories vs. Topps Chewing Gum (1953) is not a Supreme Court case, it is the landmark ruling defining the "right of publicity" in federal court, which prohibits the unauthorized use of a person's likeness or voice for commercial purposes, reinforcing the need for consent to share identity-related IP.

The above-named Plaintiff(s) has not knowingly and/or willingly given any consent to any GOVEVERMENT AGENT/AGENCY/AGENCIES, COMPANY(IES), INDIVIDUALS PRIVATE OR OTHERWISE to use, duplicate, publish, print or the likes thereof the above-named Plaintiff(s)'private intellectual property. Any assumed, presumed, assumptions, presumptuous, inferred, implied or otherwise consent is hereby revoked, rescinded, cancelled, and/or terminated NUNC PRO TUNC.

### III)    DOES THE DEFENDANT(S) ACTION(S) CONSTITUTE AS VIOLATION OF RIGHTS OF PRIVACY

**PLAINTIFF(S) SAYS: <u>YES</u>**
**DEFENDANT(S) SAYS: _____**

The Supreme Court has interpreted several amendments as creating a "zone of privacy."

Key protections stem from the Fourth Amendment (unreasonable search and seizure), along with the First, Third, Fifth, Ninth, and Fourteenth Amendments of the **<u>united</u> States of America Constitution**.

Key Constitutional Amendments Pertaining to Privacy:
Fourth Amendment: Protects against unreasonable searches and seizures, forming the core of constitutional privacy.

First Amendment: Protects private beliefs, association, and anonymous speech.

Third Amendment: Prohibits the forced quartering of soldiers in homes, securing the privacy of the home.

Fifth Amendment: Protects against self-incrimination, allowing individuals to keep private information from the government.

Ninth Amendment: States that rights not specifically enumerated in the Constitution may still be retained by the people.

Fourteenth Amendment: The Due Process Clause has been interpreted to protect personal liberty and decisions regarding marriage, procreation, and family life.

The Supreme Court first officially recognized a constitutional right to privacy in Griswold v. Connecticut (1965), basing it on the "penumbras" (or shades) of these amendments Several Michigan Compiled Laws (MCL) pertain to privacy rights, covering areas from surveillance to personal records.

Key statutes include MCL 750.539d(1)(a) (felony surveillance/eavesdropping), MCL 330.1748(mental health records confidentiality), and MCL 257.208c(vehicle record privacy). Additionally, MCL 15.243 addresses privacy in public records.

Key Michigan privacy laws include:
Surveillance & Recording: MCL 750.539d(1)(a) makes it a felony to use devices for observing, recording, or photographing people in private places without consent.

Mental Health Records: MCL 330.1748 and MCL 330.1724 protect the confidentiality of mental health recipients, limiting disclosure and recording (photographs, audio) of patients. Data & Records: MCL 257.208c governs the disclosure of personal information in vehicle records, and MCL 205.827 covers personal data in tax administration.

FOIA Exemption: MCL 15.243 (Sec. 13) allows public bodies to refuse to disclose information if it is a "clearly unwarranted invasion of an individual's privacy".

Specific Acts: The Security Freeze Act MCL 445.2512 and the Body-Worn Camera Privacy Act 478 of 2012 also protect privacy.

The Privacy Act of 1974 (5 U.S.C. § 552a) is a landmark US federal law governing how executive branch agencies collect, maintain, use, and disclose personal information in systems of records. It protects individual privacy by granting rights to access and amend records, restricting disclosures without consent, and enforcing fair information practices on federal agencies.

Key Aspects of the Privacy Act of 1974

Purpose: To balance the government's need for information with the rights of individuals to be protected against unwarranted invasions of privacy. It was passed to prevent government abuse of personal data following disclosures of spying on citizens.

Access: Individuals can request to review their records maintained by federal agencies. Consent: Agencies generally cannot disclose records about an individual to other people or agencies without written consent.

Agency Requirements:
Relevance: Agencies must only maintain relevant and necessary information.

Transparency: Agencies must publish notice of their systems of records in the Federal Register (System of Records Notice-SORN).

Accuracy: Agencies must maintain records with appropriate accuracy, relevance, timeliness, and completeness to ensure fairness.

Exemptions: The Act contains twelve statutory exceptions (e.g., FOIA requests, civil/criminal law enforcement, statistical research) that allow the disclosure of records without consent

Article I, § 11 of the Michigan Constitution of 1963 provides the primary privacy protection against unreasonable searches and seizures, specifically amended in 2020 to include electronic data and communications. Article I, § 24 also guarantees crime victims the right to privacy throughout the criminal justice process.

Key Privacy Provisions in Michigan Constitution:

Article 1, § 11 (Searches and Seizures): Protects "person, houses, papers, possessions, electronic data, and electronic communications" from unreasonable searches and requires a warrant based on probable cause for electronic data.

Article I, § 24 (Rights of Crime Victims): Guarantees that crime victims have the right to be treated with respect for their dignity and privacy

MCL 15.243 Exemptions from disclosure; withholding of information required by law or in possession of executive office.

(1) A public body may exempt from disclosure as a public record under this act any of the following:

(a) Information of a personal nature if public disclosure of the information would constitute a clearly unwarranted invasion of an individual's privacy.

(b) Investigating records compiled for law enforcement purposes, but only to the extent that disclosure as a public record would do any of the following:

    (i) Interfere with law enforcement proceedings.
    (ii) Deprive a person of the right to a fair trial or impartial administrative adjudication.
    (iii) Constitute an unwarranted invasion of personal privacy.

In several key cases, the U.S. Supreme Court has explicitly recognized a person's home address as personally identifiable information that is protected by federal privacy and open-records laws.

The most prominent Supreme Court cases that directly address the privacy and disclosure of home addresses include:

United States Department of Defense v. Federal Labor Relations Authority, 510 U.S. 487 (1994) In this case, the Supreme Court held that the mandatory disclosure of federal employees' home addresses to labor unions would constitute a "clearly unwarranted invasion of personal privacy". The Court found that employees have a significant privacy interest in their home addresses and the right to avoid unwanted mail, telephone calls, and visits.

Department of State v. Ray, 502 U.S. 164 (1991) In this Freedom of Information Act (FOIA) case, the Court dealt with the release of records containing the names and addresses of Haitian refugees who had been interviewed after returning to Haiti. The Court recognized the release of this information as a "significant invasion of privacy" and upheld the government's right to redact these personal details to protect the individuals involved.

United States Department of Justice v. Reporters Committee for Freedom of the Press, 489 U.S. 749 (1989). While this landmark case primarily concerned "rap sheets" and criminal records, the Court established the overarching precedent that individuals have a distinct "substantial privacy interest" in avoiding the disclosure of their personal compilations (including home addresses and identifying facts) even when that information is technically available in public records.

The United States Supreme Court has determined that a person's home address is considered personal information carrying a significant, protected privacy interest in cases concerning records, data privacy, and government disclosure.

Key Supreme Court cases and contexts regarding this classification include:

United States Department of Defense v. Federal Labor Relations Authority (1994): The Supreme Court ruled unanimously that federal employees have a distinct and significant "privacy interest" in their home addresses. The Court held that the federal Privacy Act of 1974 protects this data from nonconsensual disclosure to third parties, such as labor unions.

National Archives and Records Administration v. Favish (2004): While dealing with death scene photographs, the Court broadly affirmed that individuals have a legally recognized, profound "personal privacy interest" in their own identities and whereabouts—including the sanctity of their home space.

Department of Justice v. Reporters Committee for Freedom of the Press (1989): Though fundamentally focused on "rap sheets," this landmark case established the foundational framework that individuals have a measurable privacy interest in practical details about their lives held in government files.

FCC v. AT&T Inc. (2011): The Court distinguished personal privacy from corporate privacy. It clarified that "personal privacy" under federal open-records law specifically refers to the intimate, personal details associated with real living people—which inherently encompasses identifying information like a home address because these rulings frequently intersect with the Freedom of Information Act (FOIA), the federal government considers a home address as protected under privacy exemptions. Similarly, the federal court system heavily restricts the inclusion and visibility of home addresses in public judicial filings

The US Supreme Court has consistently ruled that the Constitution is the supreme law of the land and that general "public interest," government convenience, or emergencies cannot supersede it. The Constitution's protections of individual rights and strict limits on government power remain in force even when authorities argue that breaking those rules is better for society.

The defining Supreme Court cases reinforcing this principle include:

25 of 37

Youngstown Sheet & Tube Co. v. Sawyer (1952) [Supreme Court landmark]: The Court ruled the President could not seize private steel mills to avert a national strike during the Korean War [Supreme Court landmark]. Justice Robert H. Jackson noted that emergency powers cannot be invoked to override the Constitution, as the document's structure was designed to protect liberty during both crisis and calm.

New York Times Co. v. United States (1971): The Court rejected the government's attempt to censor the "Pentagon Papers" based on claims of national security and public interest [Supreme Court landmark]. The Court held that vague claims of public harm do not outweigh the heavy presumption against prior restraint of speech guaranteed by the First Amendment.

Home Building & Loan Association v. Blaisdell (1934): While allowing a temporary law during the Great Depression, the Court explicitly stated that "emergency does not create power." It established that while public interest can justify temporary economic adjustments, no emergency can suspend constitutional restrictions.

Ex parte Milligan (1866) [Constitution Center]: The Court declared that the Constitution of the United States is a law for rulers and people, equally in war and in peace [Constitution Center]. It ruled that military tribunals could not try civilians in areas where civil courts were open, even during a rebellion, because public necessity does not override constitutional due process.

Marbury v. Madison (1803) : The Court established that an act of the legislature repugnant to the Constitution is void . This landmark case cemented the principle that no government action or public policy can override constitutional limit

Public interest does not supersede the Constitution. In the United States, the Constitution is the supreme law of the land. This means that no law, government action, or claim of "public interest" can violate the rights and limits established by the Constitution.

Why the Constitution Prevails

Supreme Authority: The Constitution serves as the foundational framework for all government power and individual rights.

No Exceptions: The government cannot bypass constitutional protections simply by arguing that doing so is popular or beneficial for society.

Protection of Minorities: A core purpose of the Constitution is to protect the rights of individuals and minorities from the will of the majority.

How the "Public Interest" Fits in while the public interest does not override the Constitution, it does play a key role in how constitutional rights are applied.

Police Power:

26 of 37

State governments have inherent "police powers" to protect public health, safety, and morals. This allows them to enforce laws (like quarantines or building codes) that limit certain individual actions.

Strict Scrutiny:

If the government creates a law that limits a fundamental constitutional right (such as free speech), courts apply a test called "strict scrutiny". The government must prove the law serves a "compelling state interest" and is the least restrictive way to achieve that goal.

Balancing Tests:

In many areas, courts balance the rights of the individual against the collective needs of the public, but this balancing must happen within constitutional boundaries

The infringing content clearly shows the PLAINTIFF'S private personal address which is clearly invasion of privacy.

## CONCLUSION

The filing of a UCC-1 financing statement constitutes public notice that a creditor has or may have a security interest (a lien) in a debtor's assets. It is a legally binding public record that notifies third parties-such as other potential lenders or creditors-that the specified assets are already pledged as collateral.

The US Supreme Court has confirmed that consent is required for using specific intellectual property, particularly personal names in trademarks and in cases of unauthorized publication of creative works. Key cases, such as Vidal v. Elster (2024), affirm that using another's name in a trademark requires their consent.

A man (or human creator) does not need to use their creation in commerce to be classified as intellectual property (IP). While trademark protection requires active "use in commerce", intellectual property rights for copyright (creative works) and patents (inventions) exist upon creation or filing, regardless of whether they are sold or used commercially.

Here are the key points regarding IP and "use in commerce":

Copyright Protection: Occurs automatically upon creation when the work is fixed in a tangible form (e.g., writing a book, taking a photograph), with no commercial requirement.

Patents: Require an invention to be new and useful, but not necessarily actively sold in the market to gain protection.

Trademarks (The Exception): Require actual, legitimate use in commerce to be registered and protected.

Definition of IP: Generally defined as creations of the mind, including inventions, literary/artistic works, and symbols, which can be protected legally

The First Amendment does not provide a right to post someone else's intellectual property (IP) online, as copyright infringement is a recognized exception to free speech protections. Intellectual property laws protect owners from unauthorized reproduction or distribution, which can restrict speech without violating the Constitution.

Key points to understand include:

Copyrighted Content: Posting copyrighted text, images, or videos without permission violates the creator's rights, and courts have consistently rejected free speech defenses in such actions.

Exceptions & Fair Use: While distributing IP is generally prohibited, limited exceptions for fair use-such as commentary, criticism, news reporting, or parody-may be allowed, but this is a complex legal determination.

Private Platform Rules: Social media websites are private companies, not government entities, and are not bound by the First Amendment. They can restrict, remove, or ban users for posting unauthorized IP regardless of free speech arguments

Here is a breakdown of why this filing serves as public notice:

Publicly Searchable Record: UCC-1 statements are filed with a government office, typically the Secretary of State, and are searchable by the public, allowing creditors to see if a business's assets are already encumbered.

Perfection of Security Interest: While a security agreement creates the lien between the borrower and lender, the UCC-1 filing perfects it against third parties by making the interest public, which helps establish priority if the debtor defaults.

Preventing Double-Pledging: By appearing on a public, searchable database, UCC-1 filings warn other potential lenders not to accept the same assets as collateral, preventing borrowers from pledging the same property to multiple lenders.

Posting a photo taken by someone else without permission generally violates copyright law. The person who takes the photo owns the copyright, not necessarily the person in the photo. Using it without authorization, even on social media, can lead to legal liability, including statutory damages.

Infringement: Posting, sharing, or editing someone else's photo without their permission violates their exclusive rights.

Publicity & Privacy: Posting photos of people without their consent can also violate their "right of publicity" or "privacy rights," especially for commercial use or in private spaces.

Social Media: Posting photos found on social media without permission is illegal.

Risks: Violations can result in cease-and-desist letters, removal of content, and significant financial penalties
Does a photographer need the consent of the image owner to post a picture that it takes

A photographer generally owns the copyright to the images they take and does not need consent to post them for non-commercial, personal use, such as in a portfolio. However, for commercial purposes or if a contract states otherwise, consent from the subject or the client is required.

Key Considerations
Copyright Ownership: The person who takes the photo usually owns the copyright.

Model Release/Consent: While public photography is legal, a "model release" is usually needed to use photos commercially or in advertising.

Privacy: People in public spaces have limited rights to privacy, but displaying them in an embarrassing way could lead to legal issues

Marbury v. Madison (1803) is the landmark Supreme Court case establishing that any legislative or executive act contradicting the U.S. Constitution-the supreme law of the land-is null and void. This decision cemented the power of judicial review, enabling federal courts to declare laws unconstitutional.

Key Cases Regarding Constitutional Supremacy:
Marbury v. Madison (1803): Chief Justice John Marshall declared that "a law repugnant to the constitution is void,"

Amendment XIV of the united States of America Constitution is clear in its statement and its intent that NO LAW can be made to deny those rights as secured via the united States of America Constitution and any law(s) contradicting it is invalid through the power of judicial review.

Marbury v. Madison (1803) is the landmark Supreme Court case establishing that any legislative or executive act contradicting the U.S. Constitution-the supreme law of the land-is null and void. This decision cemented the power of judicial review, enabling federal courts to declare laws unconstitutional. Marbury v. Madison (1803): Chief Justice John Marshall declared that "a law repugnant to the constitution is void." These cases reinforce that the Constitution is paramount, and any act violating it is deemed invalid, thereby any so-called law that denies the constitutionally protected rights of privacy is a void law, thereby any law that denies anyone the right(s) of privacy is a void law.

The above named Plaintiff(s)' has not given consent to anyone, (i.e. GOVERMENT AGENT/AGENCY/AGENCIES,CORPORATIONS, Individual(s), Private or otherwise) to use in any shape, form,[n]or fashion any of the Private Intellectual Property belonging to the above named Plaintiff(s), has perfected a security interest in all property, to include but not limited to said name of ROOSEVELT LASHAWN WILLIAMS and any and all derivatives therefrom/thereof as witnessed by the Public Notice filed with the UNIFORM COMMERCIAL CODE DIVISION OF THE STATE OF MICHIGAN, has given due and sufficient notice to the unauthorized use and said penalties for such action(s) and has requested as permitted by law that all parties cease-and-desist any further unauthorized uses of private intellectual property and to remove said property from all data base system(s) to no avail.

## RELIEF REQUESTED

A). As the DEFENDANT(S) were given due and sufficient notice to the herein stated violation(s) and refused to take corrective action(s) and continuously allow such FACEBOOK META pages as "Citizen To Police Calhoun" and the FACEBOOK META page/post attached hereto to violate Law and Policy, making said act(s) of malicious and willful intent, that enforcement of the said attached Article I §§ 8 and 10 of the *united States of America Constitution* protected   COMMON LAW COPYRIGHT NOTICE be rewarded as Punitive Damages per person per day of unauthorized use of Intellectual Property. (See EXHIBIT (F) "COMMON LAW COPYRIGHT NOTICE ")

B). A MANDATORY INJUCTION be issued directing the DEFENDANT(S) to remove all of the above-named Plaintiff(s)' Intellectual Private Property from their DATA BASE system, further instructing the DEFENDANT(S) to follow and enforce their Privacy Policies and to cease and desist in any further unauthorized use of the Plaintiff(s)' Private Personal Intellectual Property.

C). A PROHIBITORY INJUNCTION be issued to the DEFENDANT(S) from any further unauthorized use of the above-named Plaintiff(s) Intellectual Private Property

D). Compensatory Damages allowed by law.

Along with any other remedies this HONORABLE COURT deems just and fit, to include but not limited to all court cost and fees.

Signature Sui Juris (Trustee) All Rights Reserved
Roosevelt-Lashawn of the Williams Family Sui Juris

EXHIBIT

(A)

VIOLATION NOTICE

NOTICE OF DEFAULT

Roosevelt-Lashawn of the Williams

c/o 554 Boynton Avenue

Benton Harbor, Republic Of Michigan, [NO FED CODE]

GOOGLE HEADQUARTERS
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA 94043

May 5, 2025

TO WHOM IT MAY CONCERN

## PRIVACY ACT OF 1974 VIOLATION NOTICE

Pursuant to *Privacy Act of 1974* "No agency shall disclose any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to written request by, or with the prior written consent of, the individual to whom the record pertains [subject to 12 exceptions]."
**TITLE 5 U.S.C. § 522a(b).** Penalties for violating the Privacy Act of 1974 can include fines up to $5,000 and, in some cases, imprisonment.

**TITLE 15 U.S.C. § 1051 et seq "LANHAM ACT OF 1946", Article I § 8, cl 8, of the united States of America Constitution,** and said **COMMON LAW COPYRIGHT NOTICE** filed with the **STATE OF MICHIGAN SECRETARY OF STATE UCC DIVISION** File No. 20240923000707-2 protects and prohibits any unauthorized use of the name and/or title of ROOSEVELT LASHAWN WILLIAMS in any form whatsoever.

**AMENDMENT V of the united States of America Constitution** "....... nor shall private property be taken for public use, without just compensation."

You are hereby being given due and sufficient notice that NO consent to use, publicize, print, write, or reproduce ROOSEVELT LASHAWN WILLIAMS in any form thereof has been given knowingly or willingly to any Agency or Government thereof. That your continued unauthorized use of ROOSEVELT LASHAWN WILLIAMS in any form whatsoever is a clear violation of the above-mentioned Law(s), Act(s), and/or Constitutional Rights. You are hereby given due and sufficient notice to cease and desist any further unauthorized use, to included but not limited to, publicizing, advertising, writing, printing, said private property ROOSEVELT LASHAWN WILLIAMS and to remove said property from your data base/search engine within 28 days.

Thank you for your time and cooperation.

SINCERELY ALL RIGHTS RESERVED

X _Roosevelt Lashawn Williams_ acc§1-308

Roosevel t Lashawn of the Williams Family
Private Secured Party Citizen, Sui Juris

Roosevelt-Lashawn of the Williams Family
RURUAL ROUTE C021-54
BENTON HARBOR, MI 00000-0000

GOOGLE HEADQUARTERS
1600 AMPHITHEATRE PARKWAY
MOUTAIN VIEW, CA 94043

OCTOBER 13, 2025

## *NOTICE OF DEFAULT*

On the Fifth Day of March, in the Year of Our Lord Two Thousand Twenty-Five, due and and sufficient notice, via e-mail, of being in violation of the ***PRIVACY ACT OF 1974, TITLE 5 U.S.C § 522a(b), TITLE 15 U.S.C § 1051 et seq "LANHAM ACT OF 1946", AMENDMENT V and Article 1 § 8, cl 8 of the*** United States of America Constitution, was indeed given to you/your company.

Pursuant to said stated above authoritative law(s) you/your office was give due and sufficient notice to cease and desist any and all unauthorized use/publications of information pertaining to ROOSEVELT LASHAWN WILLIAMS, to include but not limited to the printing/publication of any derivatives thereof ROOSEVELT LASHAWN WILLIAMS, to include but not limited to SHAWN WILLIAMS, and to remove said information from you/your company data base search engine, to which as of today's date has not been done.

You are hereby given due and sufficient notice that you/your company are in DEFAULT to which you are hereby being giving 7 business days to comply with said notice, to which after said 7 business days has expired and you/your company still has not complied civil actions will be taken to which your failure to comply shall constitute as: i) waiver to any and all claims of any and all available defense(s); and ii) admittance to willful and malicious intent, that any available remedies, include but not limited to Civil and Criminal Action, will be taken.

SINCERLY, ALL RIGHTS RESERVED

EXHIBIT(S)

(B)

GOOGLE CORPORATION E-MAIL
RESPONSE(S)/SCREENSHOT



## Re: [4-3750000039227] Your Request to Google

removals@google.com>                                              Thu, Oct 16, 2025 at 8:55 AM
To: kingwilliams1124@gmail.com

Hello,

Thanks for reaching out to us.

In order for us to investigate this situation further, we will need more information. Please clarify what country version of Google Search you are viewing the allegedly offending content in. Please also let us know what country you reside in.

Next time you send a legal request to Google, please use the form available at this address:

- http://g.co/legal

This is the fastest way to get a response from us.

Regards,

The Google Team

*For more information about our content removal process, see* g.co/legal



## [0-8763000038562]

<noreply@google.com>                                        Mon, May 5, 2025 at 9:43 AM
To: kingwilliams1124@gmail.com

**Hello,**

**Thanks** for sending in your report.

**We're** looking into your request. You will get a notification of any action taken, but please note that in some cases you might not receive a reply.

**Google** Search shows information gathered from websites across the web. The best way to remove information about yourself in Google's search results is to contact the website owner who published the information. Click ____ to learn how to contact a website owner.

**If the** website owner removes the information, Google won't find it to list in search results. If the website owner has removed the information, it will eventually be removed from Google Search as part of our regular updating process. To speed up the process of removing it from Google Search, use the _____ tool.

**Regards,**

**The Google Team**

<noreply@google.com>                                        Mon, May 5, 2025 at 1:25 PM
To: kingwilliams1124@gmail.com

**Hello,**

**Thanks** for sending in your report.

**We** didn't find content that needs to be removed from Search results according to our _____ in the following page(s):

https://www.city-data.com/so/so-Benton-Harbor-Michigan.html

### Next steps

1. If there are additional details we should review, let us know by submitting a new report. **Important:** Be sure to provide as much detail as possible to help our reviewers understand how the content meets the requirements for removal.
2. Explore more options for content removal:
    - If you're comfortable, you can contact the website owner and ask them to remove your info from the page.
    - Refresh outdated content
    - Check the Legal Troubleshooter

**Regards,**

**The Google Team**

  



Q    roosevelt lashawn...

All    Images    News    Videos    SI

 Justia Law
https://law.justia.com

## Williams v. Battle Creek, City of et al, No. 2:2025cv10270

... ROOSEVELT LASHAWN WILLIAMS, Plaintiff, v. Case No. 25-cv-10270 Honorable Robert J. White CITY OF BATTLE CREEK, et al., Defendants....

 GovInfo (.gov)
https://www.govInfo.gov    PDF

## united states district court

Jul 14, 2025 — ROOSEVELT LASHAWN WILLIAMS, TRUSTEE OF ROOSEVELT LASHAWN. OF T.

6 pages · 229 KB

 GovInfo | U.S. Government Publishi...
https://www.govInfo.gov

## 25-10270 - Williams v. Battle Creek, City of et al - Content...

Mar 5, 2025 — Battle Creek, City of, Defendant Christian T. Fields, Defendant David K. Heiss,
Defendant Kala Lewis Kellems, Defendant

            
Home    Search    Notifications    Activity

EXHIBIT(S)

(C)

CITY-DATA.COM
WEBSITE POST



hand

. Race: Black Or African American
Based on this official offender page

**Roosevelt Lashawn Williams**

(Aliases: **Shawn Williams; Roosevelt Lashawn Williams; Shawn Wilson; Roosevelt Wilson**)

- Crime: CRIMINAL SEXUAL CONDUCT 3RD DEGREE (PERSON 13-15), Conviction date: 2007-03-12, Statute: 750.520D1A, Jurisdiction: 02ND CIR COURT (BERRIEN)

Address: 554 Boynton Ave
Zip Code: 49022
Sex: Male
Age: 53
Date of birth: 11/24/1971
Eye color: Brown
Hair color: Black
Height: 5'4"
Weight: 145 lbs.
Race: Black Or African American
Based on this official offender page

**Ryan Lee Banks**

(Aliases: **Ryan Banks**)

- Crime: CHILDREN - ACCOSTI IMMORAL PURPOSES, Convi date: 2023-11-27, Statute: 750.145A-A.

Q    roosevelt lashawn...

### City-Data.com
https://www.city-data.com

### Registered sex offenders in zip code 49022

Roosevelt Lashawn Williams (Aliases: Shawn Williams; Roosevelt Lashawn Williams; Shawn Wilson; Roosevelt Wilson). Crime: CRIMINAL...

### Macomb County
https://www.macombgov.org    **XLS**

### Sheet1

... ROOSEVELT HOTEL, NYC BOND SALE TR, General Fund, Board of Commissioners ... WILLIAMS, ROSE-MARIE, 03/03/2015, 1357794,...

### Facebook · WMTV 15 News
10+ reactions · 5 days ago

### Authorities said Rapley's father was seriously injured in the ...

... Roosevelt Rappley, fired back in retaliation. Shortly after, two ... Williams said the Department of Justice's civil rights ...

### Virginia Law Review
https://www.virginialawreview.org    **PDF**



Home    Search    Notifications    Activity

EXHIBIT(S)

(D)

FACEBOOK META RESPONSE TO NOTICE OF VIOLATION OF
INTELLECTUAL PROPERTY RIGHT(S)
INFRINGING CONTENT

< **Support message**    •••

Tuesday, October 8, 2024 at 8:36 AM

**Are you worried someone may share intimate images of you or someone you know?**

We understand how stressful this can be and may be able to help.

Meta has partnered with StopNCII.org, a service that can prevent intimate images and videos from being shared on Facebook and Instagram.

StopNCII.org is free to use and does not require you to upload your images and videos to protect them. It's available to anyone over the age of 18.

Learn more at StopNCII.org

*You're seeing this because you recently reported this kind of behavior.*

< **Support message**                              • • •

Wednesday, October 9, 2024 at 10:11 PM

**Are you worried someone may share intimate images of you or someone you know?**

We understand how stressful this can be and may be able to help.

Meta has partnered with StopNCII.org, a service that can prevent intimate images and videos from being shared on Facebook and Instagram.

StopNCII.org is free to use and does not require you to upload your images and videos to protect them. It's available to anyone over the age of 18.

**Learn more at StopNCII.org**

*You're seeing this because you recently reported this kind of behavior.*

< **Support message**    •••

Sunday, October 27, 2024 at 5:09 PM

**Are you worried someone may share intimate images of you or someone you know?**

We understand how stressful this can be and may be able to help.

Meta has partnered with StopNCII.org, a service that can prevent intimate images and videos from being shared on Facebook and Instagram.

StopNCII.org is free to use and does not require you to upload your images and videos to protect them. It's available to anyone over the age of 18.

Learn more at StopNCII.org.

*You're seeing this because you recently reported this kind of behavior.*

< Support message    ● ● ●

Sunday, November 10, 2024 at 1:48 AM

**Are you worried someone may share intimate images of you or someone you know?**

We understand how stressful this can be and may be able to help.

Meta has partnered with StopNCII.org, a service that can prevent intimate images and videos from being shared on Facebook and Instagram.

StopNCII.org is free to use and does not require you to upload your images and videos to protect them. It's available to anyone over the age of 18.

Learn more at StopNCII.org .

*You're seeing this because you recently reported this kind of behavior.*



## Copyright Report Form

Facebook <case++aazqj4npafeufo@support.facebook.com>                    Sat, Mar 14, 2026 at 12:48 AM
Reply-to: Facebook <case++aazqj4npafeufo@support.facebook.com>
To: kingwilliams1124@gmail.com


Thanks for contacting us. It looks like you're attempting to report content that you believe infringes your copyright. Our technology found that we require additional information to process your report. To review your report further, we'll need you to provide the following:

- An example of your copyrighted work, such as a link (URL) to a publicly available version of your copyrighted work. If you cannot provide an example of your copyrighted work, please provide us with a description of your copyrighted work. Attaching an example of your work may also be helpful.
- A link (URL) leading directly to the photo, video, or other content you're reporting on the platform.
- An explanation of how you believe the reported content is infringing your copyright.

Once we've received this additional information, we'll continue to look into your report.


Thanks,
Meta
>On Fri Mar 13, 2026 21:48:45, original message wrote:
>The Facebook Team received a report from you. For reference, your complaint number is 885232647848651.
>
>Please note that the form you filled out is for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted our team about another matter, you might not receive a response.
>If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of the Help Center for additional information.
>IP Help Center
>
>Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.
>For help with matters other than infringement/violation of your legal rights, the links below may be helpful:
>- Hacked accounts:
>
>- Fake/Impostor accounts (timelines):
>
>- Abuse (including spam, hate speech and harassment):
>
>- Pages (including admin issues):
>
>- Unauthorized photos or videos:
>
>- Login issues:
>
> Help for users who have been disabled or blocked:
>
>If the links above do not contain the information you're looking for, you may want to search the Help Center for more assistance:
>
>As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.
>Thanks for contacting Facebook,
>The Facebook Team
>------------------------
>Describe your relationship to the rights owner. : I am the rights owner.
>Your full name : ROOSEVELT WILLIAMS
>Email address :
>Confirm your email address :
>Where are you asserting rights? : United States
>Which of these best describes the copyrighted work? : Photo

>Name of the rights owner  ROOSEVELT WILLIAMS
>Provide a link to the copyrighted work.
>Describe your copyrighted work in the link you provided above. : Contains unauthorized use of intellectual property (i e. face and name) to which no consent has been given to anyone to post, print, publish or the likewise. This is in violation of MICHIGAN COMPLIANCE LAWS, FEDERAL LAWS, and STATE/FEDERAL protected rights
>What type of content are you reporting? : Photo, video or post
>Please provide links (URLs) leading directly to the specific content you are reporting. : https://www.facebook.com/share

>Link 2 . https://www.facebook.com/share/p/look4/bnbbA?
>[Hidden] Describe why you are reporting this content : Please select
>Describe how you believe this content infringes your intellectual property rights, and provide any additional information that can help us understand your report  My face and name are protected by numerous of laws relating to intellectual property. Consent must be given to use someone else's personal property to which none has [n]or will be given to use my personal property.
>Electronic signature  Roosevelt-Lashawn of the Williams Family
>violation type : INTELLECTUAL_PROPERTY
>Reported Service : facebook_core
>


**R Williams** <kingwilliams1124@gmail.com>                                              Sat, Mar 14, 2026 at 6:57 AM
To: Facebook <case++aazqj4npafeufo@support.facebook.com>

[Quoted text hidden]


**2 attachments**

**FILED UCC-1.pdf**
14 KB

**Fictious Name Certificate .pdf**
98 KB

12:08



**Add friend**    **Subscribe**    ···

Posts    About    Reels    Photos

## Recent photos                    See all



Cover photos



Profile pictures

## All photos

| | | | | | | |
|---|---|---|---|---|---|---|
| iphoni | KENNETH FORWARD | | 1012 CHATHAM STREET NORTHWEST | GRAND RAPIDS | 49504 | KEN |
| pland | KENNETH TOMPKINS | 44 | 4533 PATTERSON AVENUE SOUTHEAST | GRAND RAPIDS | 49512 | KEN |
| plant | KENNETH TOMPKINS | | 6662 CASCADE ROAD SOUTHEAST | GRAND RAPIDS | 49546 | KEN |
| plant | KENNETH HARN | 56 | 1112 GARFIELD AVENUE NORTHWEST | GRAND RAPIDS | 49504 | KEN |
| | KENNETH VANDENBERG | 72 | 3327 PARIS AVE NE | GRAND RAPIDS | 49525 | KEN |
| | KENNETH STERKEL | 45 | 3180 FRUIT RIDGE AVENUE NORTHWEST | GRAND RAPIDS | 49544 | KEN |
| Complaint | KENNETH CUDD | 58 | | GRAND RAPIDS | | |
| | KENNETH BAKER | 56 | 3709 PLAINFIELD AVE NE | GRAND RAPIDS | 49525 | KEN |
| | KENNETH | 56 | 4155 40TH | GRAND | 49512 | KEN |



12:07

Posts     About     Reels     Photos

FORM
Start Your Own Streaming TV Channel          Learn more

1

**David Crash Partain** is in **Benton Harbor**.
4d ·

Benton Harbor Michigan Predator List
Some of yall need to be on here as we... more



👍 76          ↗ 436

**David Crash Partain** is in **Alpena**.
5d ·

Alpena Michigan Predator List
Some of yall need to be on here as we... more







EXHIBIT

(E)

COPYRIGHT REPORT
UCC-1 FINANCING STATEMENT
INFRINGING CONTENT
FICTIOUS NAME CERTIFICATE
SECOND NOTICE



## Copyright Report

3 messages

**Facebook** <case++aazr3fuivzd354@support.facebook.com>                                    Sun, May 31, 2026 at 8:26 PM
Reply-to: Facebook <case++aazr3fuivzd354@support.facebook.com>
To: kingwilliams1124@gmail.com

Thanks for contacting us. It looks like you're attempting to report content that you believe infringes your copyright. Our technology found that we require additional information to process your report. To review your report further, we'll need you to provide the following:

- An example of your copyrighted work, such as a link (URL) to a publicly available version of your copyrighted work. If you cannot provide an example of your copyrighted work, please provide us with a description of your copyrighted work. Attaching an example of your work may also be helpful.
- A link (URL) leading directly to the photo, video, or other content you're reporting on the platform.
- An explanation of how you believe the reported content is infringing your copyright.

Once we've received this additional information, we'll continue to look into your report.


Thanks,
Meta
>On Sun May 31, 2026 17:26:20, original message wrote:
>The Facebook Team received a report from you. For reference, your complaint number is 1544627520650595.
>
>Please note that the form you filled out is for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted our team about another matter, you might not receive a response.
>If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of the Help Center for additional information.
>IP Help Center:
>https://www.facebook.com/help/intellectual_property?ref=cr
>Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.
>For help with matters other than infringement/violation of your legal rights, the links below may be helpful:
>- Hacked accounts:
>https://www.facebook.com/help/1216349518398524?ref=cr
>- Fake/Impostor accounts (timelines):
>https://www.facebook.com/help/174210519303259?ref=cr
>- Abuse (including spam, hate speech and harassment):
>https://www.facebook.com/help/263149623790594?ref=cr
>- Pages (including admin issues):
>https://www.facebook.com/help/pages?ref=cr
>- Unauthorized photos or videos:
>https://www.facebook.com/help/327689333983073?ref=cr
>- Login issues:
>https://www.facebook.com/help/login?ref=cr
>- Help for users who have been disabled or blocked:
>https://www.facebook.com/help/warnings?ref=cr
>If the links above do not contain the information you're looking for, you may want to search the Help Center for more assistance:
https://www.facebook.com/help?ref=cr
>As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.
>Thanks for contacting Facebook,
>The Facebook Team
>------------------------
>Describe your relationship to the rights owner. : I am the rights owner.
>Your full name : Shawn Williams
>Email address : kingwilliams1124@gmail.com
>BRP Report ID : Ignore this field
>Where are you asserting rights? : United States
>Name of the rights owner : Roosevelt-Lashawn of the Williams Family

>Which of these best describes the copyrighted work? : Other
>Provide a link to the copyrighted work. : https://www.facebook.com/share/1Nv29oporD/
>Describe your copyrighted work in the link you provided above. : Contains unauthorized use of intellectual property (i.e. face and name) to which no consent has been given to anyone to post, print, publish or the likewise. This is in violation of MICHIGAN COMPLIANCE LAWS, FEDERAL LAWS,  and STATE/FEDERAL protected rights
>What type of content are you reporting? : Photo, video or post
>Please provide links (URLs) leading directly to the specific content you are reporting. : https://www.facebook.com/share/1Nv29oporD/
>[Hidden] Describe why you are reporting this content. : Please select
>Describe how you believe this content infringes your intellectual property rights, and provide any additional information that can help us understand your report. : Contains unauthorized use of intellectual property (i.e. face and name) to which no consent has been given to anyone to post, print, publish or the likewise. This is in violation of MICHIGAN COMPLIANCE LAWS, FEDERAL LAWS,  and STATE/FEDERAL protected rights
>Electronic signature : Roosevelt-Lashawn of the Williams Family
>violation type : INTELLECTUAL_PROPERTY
>

**R Williams** <kingwilliams1124@gmail.com>    Sun, May 31, 2026 at 8:31 PM
To: Facebook <case++aazr3fuivzd354@support.facebook.com>

https://www.facebook.com/share/1Nv29oporD/

[Quoted text hidden]

**2 attachments**

📄 **FILED UCC-1 (1).pdf**
14 KB

📄 **Fictious Name Certificate (1).pdf**
98 KB

---

**R Williams** <kingwilliams1124@gmail.com>                          Tue, Jun 2, 2026 at 7:34 AM
To: Facebook <case++aazr3fuivzd354@support.facebook.com>

Dear Facebook Team,

This is my second notification regarding the unauthorized use of my intellectual property, specifically my name and face. As previously stated, this content is being used without my consent.

I have already provided the necessary links and information to establish both proof of ownership and proof of use in commerce. I am requesting that the infringing content be removed immediately. Please be advised that I am prepared to pursue civil and criminal charges if this matter is not resolved promptly.

I look forward to your immediate confirmation that the content has been removed.

Sincerely,


Roosevelt-Lashawn of the Williams Family

[Quoted text hidden]



# WILLIAMS, ROOSEVELT LASHAWN

| Age | Gender | Race |
|-----|--------|------|
| 54 | MALE | BLACK |

| Height | Weight |
|--------|--------|
| 5 05" | 190 lbs |

Arrested
05/29/2026

Court date

Expected release

Primary charge
5089 FAILURE TO REGISTER (SEX OFFENDER)

Booking agency
CALHOUN COUNTY SHERIFF'S OFFICE



Total bond amount: $0.00

Proof of ownership of intellectual property and date of use in commerce

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 11748648
Filing Number: 2409207710201
Filing Date/Time: 09/20/2024 04:37 PM
Effective Date/Time: 09/20/2024 04:37 PM

## Fictitious Name - Fictitious Name Certificate

### Fictitious Name

Fictitious Name: ROOSEVELT LASHAWN WILLIAMS

### Applicant Information

| Name | Address | Email |
| --- | --- | --- |
| Roosevelt- Lashawn of the Williams Family | 554 Boynton Ave, Benton Harbor, MI, 49022, USA | menoflightorganization@gmail.com |

### Signature Information

Date Signed: 09/20/2024

| Printed Name | Signature | Title |
| --- | --- | --- |
| Roosevelt- Lashawn of the Williams Family | Roosevelt-Lashawn of the Williams Family | Owner |

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20240923000707-2**

Filing Date and Time: 09 23 2024 06:51 PM

Total Number of Pages: 2

*(This document was filed electronically)*

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| **Roosevelt Lashawn Williams** |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| **uptodatewear@gmail.com** |

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

**Roosevelt Lashawn Williams**
**554 Boynton Ave**
**Benton Harbor, MI 49022 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION S NAME **R.L. WILLIAMS** | | | | |
|---|---|---|---|---|---|
| OR | 1b. INDIVIDUAL S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | | SUFFIX |
| | 1c. MAILING ADDRESS **554 Boynton Ave** | CITY **Benton Harbor** | STATE **MI** | POSTAL CODE **49022** | COUNTRY **USA** |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION S NAME | | | | |
|---|---|---|---|---|---|
| OR | 2b. INDIVIDUAL S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | | SUFFIX |
| | 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| | 3a. ORGANIZATION S NAME | | | | |
|---|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S SURNAME **williams** | FIRST PERSONAL NAME **roosevelt-** | ADDITIONAL NAME(S) INITIAL(S) **lashawn** | | SUFFIX **Sr.** |
| | 3c. MAILING ADDRESS **c/o 554 Boynton Ave** | CITY **Benton Harbor** | STATE **MI** | POSTAL CODE **49022** | COUNTRY **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

This is the entry of t he collateral record owner:exactly as written and/or spelled Roosevelt-Lashawn Williams and Debtor,exactly as written and/or spelled, R. L. WILLIAMS in the Commercial Chamber under necessity and the following property is hereby registered in the same; *filed FICTITIOUS NAME CERTIFICATE, Entity ID 11748648 File No. 2409207710201 filed with the Commonwealth of Virginia State of Corporation Commission Office of the Clerk*; ALL Standard Live Birth Document(s) Identifying Number(s) 121-0133685 and corresponding Bond Number(s) are hereby liened and claimed as a sum certain $100,000,000.00; MICHIGAN DRIVER LICENSE NO. W452744488898; SSN/UCC Contract Trust Account-prepaid account No. xxx-xx-6928: Exemption Identification Number xxxxx6928: Security Agreement No. 123108-RLW-SA; Power of Attorney No. 123108-RLW-POA; Common Law Copyright Notice No. 123108-RLW-CCN; Hold Harmless & Indemnity Agreement No. 123108-RLW-HHIA; MEN OF LIGHT ORGANIZATION ARTICLES OF INCORPORATION and ALL attachments thereto/thereof. Said registration is to secure the rights, titles, and interest in and of the Root (chain) of Title and Claims arising from said Stndard of Live Birth Document(s) as recieved by the STATE OF MICHIGAN and the MICHIGAN VITAL RECORDS OFFICE (DIVISION OF VITAL STATISTICS), and all Debentures, Indentures, Accounts, and all the Pledges represented by the same including but not limited to the pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom, NUNC PRO TUNC, but not limited to all capitalized names: ROOSEVELT LASHAWN WILLIAMS; WILLIAMS; ROOSEVELT LASHAWN; ROOSEVELT WILLIAMS; ROOSEVELT L. WILLIA,MS: R.L. WILLIAMS OR ANY derivatives thereof, to include the use of the surname WILSON instead of WILLIAMS, and all contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owners name predicated on the Straw-man, LLC (ENS LEGIS) described as the Debtor and all property is accepted For Value and is Exempt From Levy. Record owner is not the guarantor or surety to any other account by explicit reservation. Adjustment of this filing is from *Public Policy HJR-192 and UCC 1-104.* All proceeds, products, accounts, baggage and fixtures and the Orders therefrom are to be released to the Secured Party as the authorized representative of the Debtor. Debtor is a commercial transmitting utility and is a trust.

5. Check <u>only</u> if applicable and check <u>only</u> one box. Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check <u>only</u> if applicable and check <u>only</u> one box: | | | 6b. Check <u>only</u> if applicable and check <u>only</u> one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA.
**The Secured Party has been clearly distinguished from the Debtor as recognized by the Certificate of**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

EXHIBIT

(F)

COMMON-LAW COPYRIGHT NOTICE

## Common Law Copyright Notice

**Common Law Copyright Notice:** All rights reserved re; common-law copyright of trade-name/trademark, **ROOSEVELT LASHAWN WILLIAMS**  as well as any and all derivatives and variations in the spelling of said trade-names/trademarks -Copyright 1971, by **Roosevlet-Lashawn Williams**. Said trade-names/trademarks,  , may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of Roosevelt-Lashawn **Williams** as signified by the blue-ink signature of **Roosevelt-Lashawn Williams**, hereinafter 'Secured Party.' With the intent of being contractually bound, any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the trade-name/trademark, nor common-law copyright described herein, nor any derivative of, nor any variation in the spelling of, said name without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in Blue-Ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of **ROOSEVELT LASHAWN WILLIAMS** , and all such unauthorized use is strictly prohibited. Secured Party is not now, nor has Secured Party ever been, an accommodation party, nor a surety, for the purported debtor, i.e. "**ROOSEVELT LASHAWN WILLIAMS** " nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by Debtor, i.e. "**ROOSEVELT LASHAWN WILLIAMS** " in Hold Harmless and Indemnity Agreement No. 123108-RLW-HHIA dated the.    Day of the Month of      in the Year of Our Lord Two-Thousand and        against any and all claims, legal actions, orders, warrants, judgements, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever.

**Self-executing Contract / Security Agreement in Event of Unauthorized Use:** By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User," consents and agrees that any use of **ROOSEVELT LASHAWN WILLIAMS** , other than authorized use as set forth above; constitutes unauthorized use of Secured Party's copyrighted property and contractually binds User. This Notice by Declaration becomes a Security Agreement wherein User is a debtor and **Roosevelt-Lashawn Williams** is Secured Party, and signifies that User: (1) grants Secured Party a security interest in all of User's property and interest in property in the sum certain amount of $500,000.00 per each trade-name/trademark used, per each occurrence of use (violation/infringement), plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of, 'ROOSEVELT LASHAWN WILLIAMS '; (2) authenticates this Security Agreement wherein User is debtor and **Roosevelt-Lashawn Williams** is Secured Party, and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, money, investment-property, commercial tort-claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter

Copyright Notice          1 of 4          Item #123108-RLW-CLC

arising, and wherever located, as collateral for securing User's contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's copyrighted Property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein User is debtor and **Roosevelt-Lashawn Williams** is Secured Party; (4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected interest in all of User's property and interest in property pledged as collateral in Security Agreement described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)," as well as in paragraph "(4)," and the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office; (6) consents and agrees that any and all such filings described in paragraph "(4)" and "(5)" above are not, and may not be considered bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default, re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms" with full authorization and power granted to Secured Party for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use: Payment Terms: In accordance with fees for unauthorized use of **ROOSEVELT LASHAWN WILLIAMS** as set forth above, **User hereby consents and agrees that User shall pay** Secured Party **all** unauthorized-use **fees in full within ten (10) days of the** date Secured Party**'s invoice, hereinafter "Invoice," itemizing said fees, is sent.**

**Default Terms:** In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by **User, as set forth in above** paragraph "(2)," immediately becomes, i.e. is, **property of Secured Party; (b)** Secured Party is appointed User's Authorized **Representative as set forth above in** paragraph "(8)"; and (c) User consents and **agrees** that Secured **Party may take possession of,** as well as otherwise dispose of in any manner that **Secured Party, in** Secured Party's sole discretion, deems appropriate, **including but not limited** by, sale at auction, at any time following User's default, **and without further notice,** any and all of User's former property and interest in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing **Contract/Security** Agreement **in** Event of Unauthorized Use," that Secured Party, **again in Secured** Party's **sole discretion, deems appropriate.**

**Terms for Curing Default:** Upon event of default, as set forth above under "Default Terms," irrespective of any and all of User's former property and interest in **property in the** possession of, as well as disposed of by, Secured Party, as **authorized above** under "Default Terms," User may cure User's default, re only the

remainder of User's former property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of the date of User's default only by payment in full.

Terms of Strict Foreclosure: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day strict foreclosure period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office. Record Owner: Roosevelt-Lashawn Williams, Autograph Common Law Copyright 1971.

Unauthorized use: payment terms; in accordance with fees for unauthorized use of DEBTOR'S NAME as set forth above, the User hereby consents and agrees that users shall pay Secured Party all un-authorized use fees in full within ten (10) days of date of Secured Party's Invoice, hereinafter "Invoice," itemizing fees, as is sent to.

Default Terms: In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by User, as set forth in above paragraph "(2)," immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User(s) Authorized Representative. As set forth above in paragraph (1) and (2) user consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including but not limited by, sale at auction, at anytime following User's default and without further notice, any and all of the user's former property and interest in property formerly pledged collateral by user, now property of Secured Party, in respect of this self-executing contract/security agreement in event of unauthorized use, that Secured Party, again in Secured Party's sole discretion, deems appropriate and terms for curing default upon the event of default, as set forth above under default terms irrespective of any and all of User's former property and interest in property in the possession of, as well as disposed of by, Secured Party, authorized above under default terms, user may cure user(s) default, re only the remainder of the User's former property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User(s) default only by payment in full. Terms of Strict Foreclosure: user(s) non payment in full of all unauthorized use fees, itemized in invoice within said twenty (20) day period for curing default as set forth above under terms for curing default authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day strict foreclosure period. Ownership subject to common-law copyright and UCC financing statement and security agreement registered within UCC financing statement No. 2009-021-8728-5                ,

Copyright Notice         3 of 4         123108-RLW-CLC

Recotd owner: Secured Party/Creditor name autograph common-law copyright:

Copyrighted Date _January 14_____, 2009

Without Prejudice,

_Roosevelt-Lashaun Williams_
Secured Party/Creditor
Authorized Representative in
behalf of, ROOSEVELT LASHAUN WILLIAMS
an ens legis/trust entity

ACKNOWLEDGMENT

State of Michigan )
County of Ingham )) } Scilicet

Subscribed and Sworn to before me this _14th_ day of _January_____ 2009,
Roosevelt-Lashaun Williams personally known to me or upon identification to be the
man whose name is subscribed to the within instrument.

_____ SEAL:
NOTARY PUBLIC in and for said State

LISA ANN WALSH
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Dec 5, 2013
ACTING IN COUNTY OF

Copyright Notice          4 of 4          123108-RLW-CLC

# Exhibit 2

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROOSEVELT LASHAWN WILLIAMS
(ESTATE); ROOSEVELT-LASHAWN OF
THE WILLIAMS FAMILY
(TRUSTEE/EXECUTOR),

              Plaintiffs,

      v.

FACEBOOK META, DAVID CRASH
PARTAIN/CITIZEN TO POLICE
CALHOUN CO., GOOGLE
CORPORATION, and CITY-DATA.COM,

              Defendants.

Civil Action No.

On Removal from the 37th Judicial
Circuit Court of Calhoun County, Case
No. 26-1502

**NOTICE OF CONSENT TO REMOVAL**

Defendant Google LLC ("***Google***") (incorrectly named as "Google Corporation"), by counsel, gives this Court and the parties to this action notice of its consent to the removal of the civil action from the 37th Judicial Circuit Court of Calhoun County, Michigan, Case No. 2026-0000001502-CZ to the United States District Court for the Western District of Michigan. Google reserves and does not waive any and all defenses it could either raise in the United States District Court for the Western District of Michigan or in the 37th Judicial Circuit Court of Calhoun County.

Dated: July 21, 2026

Respectfully Submitted,

*/s/ Lauren J. Caisman*
Lauren J. Caisman (IL Bar No. 6312465)
Bryan Cave Leighton Paisner LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Tel: (312) 602-5079
Lauren.caisman@bclplaw.com
*Counsel for Defendant Google LLC*

1

# Exhibit 3

**IN THE 37TH JUDICIAL CIRCUIT COURT OF CALHOUN COUNTY, MICHIGAN**

ROOSEVELT LASHAWN WILLIAMS
(ESTATE); ROOSEVELT-LASHAWN
OF THE WILLIAMS FAMILY
(TRUSTEE/EXECUTOR),

        Plaintiffs,

    v.

FACEBOOK META, DAVID CRASH
PARTAIN/CITIZEN TO POLICE
CALHOUN CO., GOOGLE
CORPORATION, and CITY-DATA.COM,

        Defendants.

Civil Action No. 26-1502

To: Clerk of the Court – Civil Division

37th Judicial Circuit Court of Calhoun County, Michigan

**DEFENDANT META PLATFORMS, INC.'S**
**NOTICE OF FILING OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant Meta Platforms, Inc., on the 27th day of July 2026, filed its Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court for the Western District of Michigan. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further with this action, which has been removed to the United States District Court for the Western District of Michigan, unless and until the action is remanded.

Dated: July 27, 2026

Respectfully submitted,

*/s/ Scott A. Wolfson*
Scott A. Wolfson
WOLFSON BOLTON KOCHIS
880 W. Long Lake Rd., Ste. 420
Troy, Michigan 48098
Email: swolfson@wolfsonbolton.com
Tel.: (248) 247-7103