WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Plaintiff(s),                    Case No.

v.

Defendant(s).

_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to                    _____
                                                (Party Name)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?     Yes       No

2. Does party have any parent corporations?     Yes      No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?     Yes       No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?     Yes       No
   If yes, identify entity and nature of interest:

Date: _____        _____
                                                                    (Signature)