UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS,

Plaintiff,

v.

FACEBOOK META, et al.,

Defendants.
_________________________________/

Case No. 1:26-cv-2172

HONORABLE PAUL L. MALONEY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff initiated this lawsuit by filing a complaint on July 27, 2026. Defendants filed motions to dismiss and Plaintiff filed a motion to remand and an amended motion to remand this action back to state court. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 11, 2026, recommending that this Court deny Plaintiff's motions to remand, grant the Defendants' motions, and dismiss this action with prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 15) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion and Amended Motion to Remand (ECF Nos. 10 and 11) are DENIED.

**IT IS FURTHER ORDERED** that the Defendants' Motions to Dismiss (ECF Nos. 4 and 5) are GRANTED.

**IT IS FURTHER ORDERED** that this action is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: October 22, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge