UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS,

Plaintiff,

v.

FACEBOOK META, et al.,

Defendants.
_______________________________/

Case No. 1:26-cv-2172

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: October 22, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge